UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EUREKA V LLC**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv356(DJS) |
| **TOWN OF RIDGEFIELD, ET AL**<br>    **Defendants** | : |

### ORDER

The parties hereby are ordered to submit their Joint Trial Memorandum on or before **November 12, 2004,** in accordance with the attached Order. This case shall be trial ready **December, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __17th__ day of June, 2004.

　　　　　　　　　　　　　　　　　　　　　　/s/DJS_____
　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　United States District Judge