UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
|     Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | : | |
| | : | |
|     Defendants. | : | OCTOBER 5, 2004 |

**MOTION TO AMEND OR SUPPLEMENT AFFIRMATIVE DEFENSES**

For the reasons set forth on the accompanying memorandum, Defendants hereby move, pursuant to Fed. R. Civ. P.15, to amend their affirmative defenses by adding new ninth and tenth affirmative defenses, as set forth in the Amended Affirmative Defenses filed herewith.

THE DEFENDANTS,

By: _____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct08526)
Monte E. Frank, Esq. (ct13666)
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203/368-0211
Fax: 203/576-8504
Sedelstein@cohenandwolf.com

*ORAL ARGUMENT REQUESTED*

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed by first class, postage prepaid mail on the 5th day of October, 2004.

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT  06897
Tel:  203/762-9000
Fax: 203/834-1628

                                                            _____
                                                            Stewart I. Edelstein