UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
|     Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | : : : : : : : : : : | |
| | : | |
|     Defendants. | : | OCTOBER 5, 2004 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and L. Civ. R. P. 56, Defendants hereby move for summary judgment, based on the August 26, 2004 final judgment entered in an action that the Town of Ridgefield brought against Eureka V, LLC and others in the Superior Court for the Judicial District of Danbury, Docket No. CV 01 – 0344176 S, a copy of which is attached hereto as Exhibit A.  In that judgment, the court (Moraghan, J.) adjudicated certain facts which are dispositive of some of the Town of Ridgefield's affirmative defenses in this federal action. Those facts include the final determination that Eureka's proposed residential development in Ridgefield is neither "reasonably probable" nor "physically possible."

Based on principles of res judicata and collateral estoppel, not one of Eureka's counts in this federal action is viable, since Eureka's proposed development cannot proceed, as Judge

***ORAL ARGUMENT REQUESTED***

Moraghan unequivocally and definitively held.  Judge Moraghan's judgment is binding on this Court, and therefore summary judgment should enter in favor of the Defendants on all counts of the First Amended Complaint dated July 26, 2002.   In support of this motion, Defendants file simultaneously herewith a memorandum and a statement pursuant to L. Civ. R. P. 56(a)(1).  The affirmative defenses that are the subject of this motion for summary judgment are the second Affirmative Defense, already pleaded, and the Ninth and Tenth Affirmative Defenses, which are the subject of Defendants' Motion to Amend or Supplement Affirmative Defenses, filed simultaneously herewith.

        THE DEFENDANTS,


By: _____
    Stewart I. Edelstein, Esq. (ct06021)
    Jonathan S. Bowman, Esq. (ct08526)
    Monte E. Frank, Esq. (ct13666)
    Cohen and Wolf, P.C.
    1115 Broad Street
    Bridgeport, CT  06604
    Tel:  203/368-0211
    Fax: 203/576-8504
    Sedelstein@cohenandwolf.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed by first class, postage prepaid mail on the 5th day of October, 2004.

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT  06897
Tel:  203/762-9000
Fax: 203/834-1628

 

                                                      _____
                                                      Stewart I. Edelstein