# Leary Counseling and Valuation, Inc.

John J. Leary, President
Member, Appraisal Institute
Counselor of Real Estate

**RIDGEFIELD TRIAL EXHIBITS
NO. 6**

**REAL PROPERTY APPRAISAL**
(Complete Appraisal/Summary Appraisal Report)

**Fee Simple Interest
of
Eureka V LLC**

in real estate known as
**Ridgefield Portion of North Parcel of
Bennett Pond Property**

located at
**Bennett's Farm Road to Shady Lane
Ridgefield, CT**

reflecting market conditions as of
**November 1, 2001**

for
**Jonathan S. Bowman, Esq.
Cohen and Wolf, P.C.**

35 Elm Street
New Haven, CT 06510-2023

Phone: (203) 776-1887
FAX:   (203) 776-1773

**VALUATION SUMMARY as of November 1, 2001**
<u>Ridgefield Portion of North Parcel of Bennett Pond Property</u>

| | |
|---|---|
| Assessment and Taxes: | Ridgefield assesses on the basis of 70% of the 1996 revaluation. The tax rate for the October 1, 2000 Grand List was 25.49 mills. The tax rate increased 4.5% from the 1998 to 1999 Grand Lists and 9.6% from the 1999 to 2000 Grand Lists. The tax rate for the October 1, 2001 Grand List will be set in the Spring of 2002 upon adoption of the next municipal budget. |

The Ridgefield portion of the property is assessed as four parcels:

| Map/Lot | Acres | 70% Assessment | 2000 GL Taxes |
|---|---|---|---|
| G07-0001 | 458.99 | $ 4,245,060 | $ 108,436 |
| F08-0206 | 2.00 | $ 211,960 | $ 5,403 |
| F08-0207 | 0.65 | $ 15,650 | $ 399 |
| F08-0208 | 1.18 | $ 186,010 | $ 4,741 |
| Total | 462.82 | $ 4,658,680 | $ 118,979 |

Site Data:

| | |
|---|---|
| Area | 460± acres |
| Shape | Irregular (See Property Survey on Page A-2) |
| Utilities | Electricity and telephone service are readily available. Water capacity appears sufficient for site development. Sewer requires expansion of existing plant and line extensions. |
| Topography | Varied with steep slopes along boundaries (See Topography Map on Page A-19) |
| Improvements | Vacant dwelling (built 1955- poor condition) and outbuildings. |
| Comments | The Ridgefield Portion of the North Parcel contains 460± acres on the north side of Bennett's Farm Road and includes the majority of Bennett Pond and its attendant wetlands (122± acres) and a steep ridge along its entire northeast boundary. The parcel has about 4,250 feet of frontage on Bennett's Farm Road. The initial section of this frontage heading west from Route 7 is above grade and climbs uphill, but the central and western portions are mostly at or slightly above grade and provide adequate access to the interior of the site. A knoll near the center of the parcel marks the site of the former Fox Hill Inn and enjoys a view amenity to the northeast. A cart path enters the west section of the parcel and parallels a brook for a distance of about 4,800 feet to the south bank of Bennett Pond. The Bennett Pond wetlands extend out to frontage along Shady Lane that is not useful for site development purposes. Photos P-1 through P-16 on Pages A-4 through A-11 depict the attributes and topography of the North Parcel. |

**VALUATION SUMMARY as of November 1, 2001**
**Ridgefield Portion of North Parcel of Bennett Pond Property**

| | |
|---|---|
| **Highest and Best Use:** | This concept is defined in *The Dictionary of Real Estate Appraisal* (American Institute of Real Estate Appraisers, Second Edition, 1989, Page 149): |

>The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

In applying this concept to the Ridgefield Portion of the North Parcel of the Bennett Pond Property, it is important to note that public as well as private uses can be considered. In the case of public uses, the feasibility and profitability tests are replaced with the value contribution of the proposed public use to the community.

The highest and best use for the Ridgefield Portion of the North Parcel is developed in the context of the overall Bennett Pond Property and does not sever the Ridgefield Portion of the North Parcel from the Ethan Allen Highway/Sugar Hollow Road (US Route 7) frontage of the overall property or from the support parcel known as the East Parcel across Route 7 that is a potential water supply site.

In considering legal permissibility, the context is the conflicting aspirations for the future of the Bennett Pond Property among the owner-developer, the Planning and Zoning Commission, and interested individuals and organizations. The existing zoning regulations must be considered the basis for legal permissibility. About 46% of the Ridgefield Portion of the North Parcel (213± acres) falls within the CDD (Corporate Development District) zone, and about 64% (247± acres) falls within residential zoning classifications, with the dominant zone being the RAAA (Three-Acre) zone (237± acres).

While the concept of physical possibility also presents conflicting aspirations, several common threads exist on both sides of the issue. Even in the mixed use development schematic accompanying the application for an amendment to the CDD regulations, the sensitivity of the Bennett Pond wetlands and the development limitations posed by the steep slopes northeast of the pond were recognized by designating these areas as open space. Much of the remaining steeply sloped land along the borders of the overall property were set aside for open space use as well, but were designated for active open space use as a golf course. Both the owner-developer application and other studies prepared over the past five years recognize that the central portions of the Bennett's Farm Road frontage provide access to the primary developable areas of the property. Most, if not all of the primary developable area falls within the CDD zone. The April 1995 report by Ridgefield Director of Planning Oswald Inglese entitled *IBM Property–Limitations and Opportunities* indicates a legal and physical development potential of up to 1,900,000 sq.ft. of corporate space on the overall property. The same report cited limited physical development potential for the residential portions of the property.

**VALUATION SUMMARY as of November 1, 2001**
<u>Ridgefield Portion of North Parcel of Bennett Pond Property</u>

| | |
|---|---|
| **Highest and Best Use:** (continued) | The issues of financial feasibility and maximum profitability are played out in the valuation section of this appraisal. Corporate facilities development has proven financially feasible in the Greater Danbury market. Union Carbide and Boehringer-Ingelheim represent the first wave of significant corporate development in the mid- to late-1970s in the Ridgebury area at the west end of Danbury. Duracell and GE Capital represent a second wave in the mid- to late- 1990s in the east end of Danbury. A future corporate development sector at the south end of Danbury on the Bennett Pond property makes sense, particularly when the Route 7 expansion is completed and I-84 is not only 2.5 miles but also about five minutes away. |
| | In addition, the CDD portion of the Ridgefield Portion of the North Parcel represents 39% of the remaining inventory of undeveloped commercial land in Ridgefield. The long-term financial benefit of the community suggests that acquiring this portion of the property for open space use is not a reasonable economic decision because of the future tax base potential of the property. The property is also situated along a border of the community that is already commercial in character, minimizing the impact of future non-residential development on the residential character of the community at large. |
| | LCV is of the opinion that the highest and best use of the Ridgefield Portion of the North Parcel of the Bennett Pond Property is two-fold: <br> 1. Eventual development/marketing of the CDD portions of the property (and the 2.6± acres of RAA zone surrounded by CDD)--a total of 215± acres--as a corporate facilities site at about the time the Route 7 widening project is completed (Summer 2004). <br> 2. Sale or dedication of the remaining 245 acres as open space, in particular the Bennett Pond and wetlands and the steep ridge along the northeast boundary of the property. |
| | The corporate facilities development potential is projected as follows. An initial development of 175,000-200,000 sq.ft. of space would occur in three years around the time that the CTDOT project to widen Route 7 is expected to be completed. Three additional increments of 175,000-200,000 sq.ft. every other year would occur over a period of six years, resulting in a total development density of 700,000 to 800,000 sq.ft. of corporate facilities space over nine years. This could be initial development and expansion by one or two corporate owners of the property, or a phased development under the Planned Corporate Development zoning option. |
| NOTE: | As part of the highest and best use analysis, LCV requested specific information from the owner-developer on the projected development costs associated with the original purchase decision in February 1998 and the proposed mixed-use development plan for the property. The owner-developer decided not to share this information with LCV. |

---

Leary Counseling and Valuation, Inc.                                               A-21