# Leary Counseling and Valuation, Inc.

John J. Leary, President
Member, Appraisal Institute
Counselor of Real Estate

**RIDGEFIELD TRIAL EXHIBITS
NO. 7**

## REAL PROPERTY APPRAISAL
(Complete Appraisal/Summary Appraisal Report)

Fee Simple Interest
of
Eureka V LLC

in real estate known as
Former IBM Property or Bennett Pond Property
located at
Ethan Allen Highway/Sugar Hollow Road and
Bennett's Farm Road/Maplewood Road to Shady Lane
Ridgefield and Danbury, CT

reflecting market conditions as of
March 15, 2000

for
Town of Ridgefield
Rudolph Marconi, First Selectman

---

35 Elm Street
New Haven, CT 06510-2023

Phone: (203) 776-1887
FAX:    (203) 776-1773

VALUATION SUMMARY as of March 15, 2000
Bennett Pond (Former IBM) Property, Ridgefield and Danbury, CT

| Site Data: (continued) | | |
|---|---|---|
| | Area | 682± acres in Three Parcels (613± in Ridgefield/69± in Danbury) |
| | Shape | Irregular (See Property Survey on Page A-2) |
| | Utilities | Electricity and telephone service are readily available. East Parcel water capacity appears sufficient for site development. Sewer requires planned expansion of existing plant and line extensions. |
| | Topography | Varied with steep slopes along boundaries (See Topography Map on Page A-26) |
| | Improvements | 680 sq.ft. vacant dwelling (built 1955- poor condition) on North Parcel<br>3,990 sq.ft. dwelling (built 1920-average condition) on South Parcel<br>2,900 sq.ft. dwelling (built 1930-average condition) on South Parcel |
| | Comments | **North Parcel**<br>The North Parcel contains 524± acres on the north side of Bennett's Farm Road and includes Bennett Pond and its attendant wetlands (122± acres) and a steep ridge along its entire northeast boundary. The parcel has about 1,066 feet of frontage on Sugar Hollow Road (US Route 7), most of which is above grade and climbs sharply uphill. The parcel has about 4,800 feet of frontage on Bennett's Farm Road. The initial section of this frontage heading west from Route 7 is also above grade and climbs uphill, but the central and western portions are mostly at or slightly above grade and provide adequate access to the interior of the site. A knoll near the center of the parcel marks the site of the former Fox Hill Inn and enjoys a view amenity to the northeast. A cart path enters the west section of the parcel and parallels a brook for a distance of about 4,800 feet to the south bank of Bennett Pond. The Bennett Pond wetlands extend out to frontage along Shady Lane that is not useful for site development purposes. Photos P-1 through P-18 on Pages A-4 through A-12 depict the attributes and topography of the North Parcel.<br><br>**South Parcel**<br>The South Parcel contains 156± acres on the south side of Bennett's Farm Road and Maplewood Road. The parcel has about 2,000 feet of frontage on Ethan Allen Highway/Sugar Hollow Road (US Route 7) that is above grade and climbs sharply uphill. The parcel has about 5,680 feet of contiguous frontage on the south sides of Bennett's Farm Road (4,750± ft.) and Maplewood Road (930± ft.). The eastern end of the frontage slopes uphill from street grade and portions of the central and western sections are at grade for a limited depth. The two dwellings are stacked on a plateau in the central section of the parcel and a stone retaining wall to the rear of the smaller dwelling marks a sharp drop off to the street grade of Route 7, offering a view amenity to the south. Photos P-19 through P-30 on Pages A-13 through A-18 depict the attributes and topography of the South Parcel.<br><br>**East Parcel**<br>The East Parcel contains 1.2± acres with 51.94 feet of frontage on the east side of Ethan Allen Highway (US Route 7) and is a support parcel suitable for water supply purposes connected to the South Parcel by an easement. |

VALUATION SUMMARY as of March 15, 2000
Bennett Pond (Former IBM) Property, Ridgefield and Danbury, CT

| | |
|---|---|
| Highest and Best Use: | This concept is defined in *The Dictionary of Real Estate Appraisal* (American Institute of Real Estate Appraisers, Second Edition, 1989, Page 149): |

> **The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.**

In applying this concept to the Bennett Pond Property, it is important to note that public as well as private uses can be considered. In the case of public uses, the feasibility and profitability tests are replaced with the value contribution of the proposed public use to the community.

In considering legal permissibility, the context is the conflicting aspirations for the future of the Bennett Pond Property among the owner-developer, the Planning and Zoning Commission, and interested individuals and organizations. The appeal of the September 1999 denials of the zone change and amendments to the CDD zone is an open issue that could have an effect on the value of the property at the time the Court rules. Until that ruling, however, the existing zoning regulations must be considered the basis for legal permissibility. About 64% of the property (440± acres) falls within non-residential zoning classifications, with the dominant zone being the CDD (Corporate Development District) zone in Ridgefield (370± acres). About 36% of the property (242± acres) falls within residential zoning classifications, with the dominant zone being the RAAA (Three-Acre) zone in Ridgefield (237± acres).

While the concept of physical possibility also presents conflicting aspirations, several common threads exist on both sides of the issue. Even in the mixed use development schematic accompanying the application for an amendment to the CDD regulations, the sensitivity of the Bennett Pond wetlands and the development limitations posed by the steep slopes northeast of the pond were recognized by designating these areas as open space. Much of the remaining steeply sloped land along the borders of the property were set aside for open space use as well, but were designated for active open space use as a golf course. Both the owner-developer application and other studies prepared over the past five years recognize that the central portions of the Bennett's Farm Road frontage provide access to the primary developable areas of the property. Most, if not all of the primary developable area falls within the CDD zone. The April 1995 report by Ridgefield Director of Planning Oswald Inglese entitled *IBM Property–Limitations and Opportunities* indicates a legal and physical development potential of up to 1,900,000 sq.ft. of corporate space on the property. The same report cited limited physical development potential for the residential portions of the property.

The issues of financial feasibility and maximum profitability are played out in the valuation section of this appraisal. Corporate facilities development has proven financially feasible in the Greater Danbury market. Union Carbide and Boehringer-

---

Leary Counseling and Valuation, Inc.                                                                     A-28

VALUATION SUMMARY as of March 15, 2000
Bennett Pond (Former IBM) Property, Ridgefield and Danbury, CT

| | |
|---|---|
| **Highest and Best Use:** (continued) | Ingelheim represent the first wave of significant corporate development in the mid- to late-1970s in the Ridgebury area at the west end of Danbury. Duracell and GE Capital represent a second wave in the mid- to late- 1990s in the east end of Danbury. A future corporate development sector at the south end of Danbury on the Bennett Pond property makes sense, particularly when the Route 7 expansion is completed and I-84 is not only 2.5 miles but also about five minutes away.

In addition, the CDD portion of the Bennett Pond Property represents 68% of the remaining inventory of undeveloped commercial land in Ridgefield. The long-term financial benefit of the community suggests that acquiring this portion of the property for open space use is not a reasonable economic decision because of the future tax base potential of the property. The property is also situated along a border of the community that is already commercial in character, minimizing the impact of future non-residential development on the residential character of the community at large.

LCV is of the opinion that the highest and best use of the Bennett Pond Property is two-fold:
1. Retention and eventual marketing/development of the CDD portions of the property (and the 2.6± acres of RAA zone surrounded by CDD) by the owner-developer as a corporate facilities site.
2. Sale or dedication of the remaining 310 acres as open space, in particular the Bennett Pond and wetlands and the steep ridge along the northeast boundary of the property.

The corporate facilities development potential is tested in the Reconciliation section on Page A-32 of this report under the following *pro forma* scenario. The initial development of 200,000 sq.ft. of space would occur in three years around the time that the CTDOT project to widen Route 7 is expected to be completed. Additional increments of 200,000 sq.ft. every other year would occur over a period of 13 to 15 years, resulting in a total development density of 1,200,000 to 1,400,000 sq.ft. of corporate facilities space. This could be initial development and expansion by one or two corporate owners of the property, or a phased development under the Planned Corporate Development zoning option by the current owner-developer. |
| NOTE: | As part of the highest and best use analysis, LCV requested specific information from the owner-developer on the projected development costs associated with the original purchase decision in February 1998 and the proposed mixed-use development plan for the property. The owner-developer decided not to share this information with LCV at this time. |