**EXHIBIT H**

DOCKET NO.: CV-01-0344176S
\* \* \* \* \* \* \* \* \* \* \* \* \* X

TOWN OF RIDGEFIELD,                        :

       PLAINTIFF,            :   SUPERIOR COURT OF CONNECTICUT

   -VS-                                    :   JUDICIAL DISTRICT OF DANBURY

EUREKA V, LLC, ET AL            :   JANUARY 21, 2004

       DEFENDANTS.           :

\* \* \* \* \* \* \* \* \* \* \* \* \* X

B E F O R E:

    THE HONORABLE HOWARD J. MORAGHAN, JUDGE TRIAL REFEREE

A P P E A R A N C E:

    COHEN AND WOLF, P.C.
    BY:  MONTE E. FRANK, ESQUIRE
         And
        JONATHAN S. BOWMAN, ESQUIRE
    1115 Broad Street
    Bridgeport, Connecticut  06601
    ATTORNEY FOR THE PLAINTIFF

    SHIPMAN & GOODWIN, LLP
    BY:  BARRY C. HAWKINS, ESQUIRE
    1 Landmark Square
    Stamford, Connecticut  06901
    ATTORNEY FOR DEFENDANTS

    GREGORY AND ADAMS, P.C.
    BY:  MATHEW C. MASON, ESQUIRE
    190 Old Ridgefield Road
    Wilton, Connecticut  06897
    ATTORNEY FOR DEFENDANTS

                                   Donna Haas
                                   Court Monitor

1   CHRISTOPHER KERIN, called as a witness, was
2   examined and testified as follows:
3               THE CLERK: Do you solemnly swear or solemnly and
4       sincerely affirm, as the case may be, that the evidence
5       you shall give concerning this case, shall be the truth,
6       the whole truth and nothing but the truth, so help you
7       God or upon penalty of perjury?
8               THE WITNESS: I do.
9               THE CLERK: You may be seated.
10              State your name and address for the record and spell
11      your name, please.
12              THE WITNESS: My name is Christopher Kerin, K-E-R-I-
13      N. My address, for the firm, is 211 State Street,
14      Bridgeport, Connecticut.
15  DIRECT EXAMINATION BY MR. HAWKINS OF MR. KERIN:
16      Q   Mr. Kerin, what is your occupation?
17      A   I'm a commercial real estate appraiser in the State of
18  Connecticut, I'm certified and I also hold the appraisal
19  institute's MAI designation.
20              MR. HAWKINS: Your Honor, I believe, that counsel
21      will be in agreement that we've stipulated that he be
22      qualified as an expert witness as an appraiser?
23              MR. BOWMAN: Your Honor, I'll stipulate as to
24      qualifications.
25              THE COURT: Very well, the record may indicate a
26      stipulation with respect to his expertise.
        Q   Mr. Kerin, are you familiar with property, described by the

1   A   Because it was part of the application, as of March 2001.
2   Q   Okay. Let me ask you this, did affordable housing play any
3   role in how you arrived at your opinion of value?
4   A   I appraised the property with no approvals in place.
5           THE COURT: Did it afford any basis?
6           THE WITNESS: No.
7   Q   Actually, you discussed with your clients and with Mr.
8   Mason at that initial meeting, valuing the property assuming that
9   approvals were in place for that plan, right?
10  A   Not specifically that plan, but for a plan, yes.
11  Q   Okay. And, you did not do so?
12  A   That's correct.
13  Q   Okay. And, why was that?
14  A   Because there were no approvals in place and, in my
15  opinion, it would be too speculative at this level.
16  Q   Okay. Now, referring you to page 16 of your report, which
17  is your highest and best use analysis. Why do you perform -- Why
18  does an appraiser perform a highest and best use analysis?
19  A   To determine what comparables to use and how to value a
20  property. I'm looking at, what is the most profitable, legally
21  permitted, physical possible and financially feasible use of the
22  property.
23  Q   Right. I know there's four subheads of that analysis,
24  we'll get to that.
25      But, you say here, in that third paragraph, I guess, the
26  one that starts, "In arriving at an opinion --" You say, quote,
    "Based on the foregoing considerations, it is the appraiser's

```
DOCKET NO. CV01-0344176-S

* * * * * * * * * * * * * * * *X
TOWN OF RIDGEFIELD
                PLAINTIFF      : SUPERIOR COURT OF CONNECTICUT

        -VS-                   : JUDICIAL DISTRICT OF DANBURY

EUREKA V LLC                   : JANUARY 22, 2004
                DEFENDANT
* * * * * * * * * * * * * * * *X




B E F O R E :

        THE HONORABLE HOWARD J. MORAGHAN, JUDGE




A P P E A R A N C E S :

            COHEN AND WOLF P.C.
            BY:  MONTE E. FRANK, ESQUIRE
                 158 Deer Hill Avenue
                 Danbury, Connecticut 6810
            ATTORNEY FOR THE PLAINTIFF

            COHEN AND WOLF P.C.
            BY:  JOHNATHAN S. BOWMAN, ESQUIRE
                 158 Deer Hill Avenue
                 Danbury, Connecticut 6810
            ATTORNEY FOR THE PLAINTIFF

            SHIPMAN AND GOODWIN LLC
            BY: BARRY C. HAWKINS, ESQUIRE
                 1 Landmark Square, Suite 1700
                 Stamford, Connecticut 06901
            ATTORNEY FOR THE DEFENDANT

            GREGORY & ADAMS PC
            BY:  MATTHEW MASON, ESQUIRE
                 190 Old Ridgefield Road
                 Wilton, Connecticut 06897
            ATTORNEY FOR THE DEFENDANT




                              Geraldine Gavay
                              Court Monitor
```

```
 1   THOMAS  MEROLA, called as a witness, was examined
 2   and testified as follows:
 3            THE CLERK:  Raise your right hand, please.  Do you
 4   solemnly swear, or solemnly and sincerely affirm, as the
 5   case may be, that the evidence you shall give concerning
 6   this case shall be the truth, the whole truth, and
 7   nothing but the truth, so help you God, or upon penalty
 8   of perjury?
 9            THE WITNESS:  Yes, I do.
10            THE CLERK:  You may be seated.  State your name and
11   address for the record and spell your last name, please.
12            THE WITNESS:  My name is Tom Merola, M-e-r-o-l-a.
13   I live at 112 Mares, that's M-a-r-e-s, Hill Road,
14   Ivoryton, Connecticut.
15            THE COURT:  Your name Tom or Thomas?
16            THE WITNESS:  I -- I usually go by Tom.
17            THE COURT:  What's your name?
18            THE WITNESS:  Thomas.
19            THE COURT:  Go ahead.
20            MR. HAWKINS:  Your Honor, counsel for the town and
21   we have stipulated that Mr. Merola is qualified as an
22   expert witness.
23            THE COURT:  I didn't hear you.
24            MR. HAWKINS:  Counsel have stipulated that Mr.
25   Merola is an expert witness.
26            THE COURT:  All right.  The record may so indicate.
27   I assume you did?
```

1   Q   All right. Okay.
2   A   Mr. Min -- Mininskus (phonetic) -- I can't --
3   Q   Minikes?
4   A   Yeah.
5   Q   Who did you understand he was?
6   A   He -- involved with Eureka. And also a -- a memo from
7   the appraise -- from the assessor, information regarding the
8   Board of Finance authorizing Sue Manning to make a 12 million
9   dollar offer, the assessor, in a memo putting the value at
10  between 13 million and 15 and a half million, and then, also,
11  there was information in there regarding Mr. Tombs opinion and
12  offer of 20 million plus percentage.
13  Q   You did all that reading after my deposition of you?
14  A   Yeah. You made me very nervous. I told you.
15  Q   So who gave you all this stuff that you read?
16  A   Mr. Mason.
17  Q   You asked him for it?
18  A   Yes, I did. I anticipated that this would be an issue,
19  that I should be more versed on it.
20  Q   All right. Now did affordable housing play any role on
21  how you arrived at your opinion of value?
22  A   No.
23  Q   Now in that box that you got from Mr. Mason was the
24  affordable use master plan that Eureka had submitted to the
25  town. Right?
26  A   Yes.
27  Q   And do you recall how many units that -- residential