EXHIBIT J

DOCKET NO.: CV-01-0344176S
\* \* \* \* \* \* \* \* \* \* \* \* \* X

| | | |
|---|---|---|
| TOWN OF RIDGEFIELD, | : | |
| PLAINTIFF, | : | SUPERIOR COURT OF CONNECTICUT |
| -VS- | : | JUDICIAL DISTRICT OF DANBURY |
| EUREKA V, LLC, ET AL | : | JANUARY 29, 2004 |
| DEFENDANTS. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* X

B E F O R E:
    THE HONORABLE HOWARD J. MORAGHAN, JUDGE TRIAL REFEREE

A P P E A R A N C E:

    COHEN AND WOLF, P.C.
    BY:  MONTE E. FRANK, ESQUIRE
        And
        JONATHAN S. BOWMAN, ESQUIRE
    1115 Broad Street
    Bridgeport, Connecticut  06601
    ATTORNEY FOR THE PLAINTIFF

    SHIPMAN & GOODWIN, LLP
    BY:  BARRY C. HAWKINS, ESQUIRE
    1 Landmark Square
    Stamford, Connecticut  06901
    ATTORNEY FOR DEFENDANTS

    GREGORY AND ADAMS, P.C.
    BY:  MATHEW C. MASON, ESQUIRE
    190 Old Ridgefield Road
    Wilton, Connecticut  06897
    ATTORNEY FOR DEFENDANTS

                Donna Haas
                Court Monitor

```
 1   J O H N  L E A R Y:, called as a witness, was examined and
 2   testified as follows:
 3            THE CLERK:  Raise your right hand, please.
 4            Do you solemnly swear or solemnly and sincerely
 5   affirm, as the case may be, that the evidence you shall
 6   give concerning this case, shall be the truth, the whole
 7   truth and nothing but the truth, so help you God or upon
 8   penalty of perjury?
 9            THE WITNESS:  I do.
10            THE CLERK:  You may be seated.
11            Please state your name and address for the record
12   and spell your name, please.
13            THE WITNESS:  My name is John middle initial J.
14   Leary, L-E-A-R-Y.  My office address is 35 Elm Street,
     New Haven, Connecticut.
16            MR. BOWMAN:  Your Honor, before we start with the
17   direct examination of Mr. Leary there are two typos
18   which have been corrected and were corrected at his
19   deposition and counsel has no objection to my
20   substituting the pages.  If that's all right with you?
21            THE COURT:  Counsel?
22            MR. HAWKINS:  That's fine, Your Honor.
23            THE COURT:  Very well.
24            MR. BOWMAN:  I'll just tell you what they are --
25   Actually, maybe your exhibit has the first correction,
26   one is a page --
 7            THE COURT:  Which exhibit are we talking about?
```

1   I should say.

2   Q  You had access to all the town officials that you needed to
3   talk to?

4   A  Yes.

5   Q  All right.  And, you talked  --  In fact, did, as you
6   testified, spoke to Mr. Inglese?

7   A  Yes.

8   Q  And, Mr. Garzi?

9   A  I probably spoke to Mr. Garzi once or twice during the
10  course of the assignment.

11  Q  And, Mr. Marconi, the first selectman?

12  A  Mr. Marconi I spoke with at the start of the assignment.

13  Q  You testified and actually, I believe, it's stated in your
14  report that you were comfortable with your assumption that there
    was water capacity available for this property that would support
16  your finding of highest and best use.  Is that correct?

17  A  Correct.

18  Q  And, similarly, you understood that the sewer system in
19  Ridgefield had the capacity to be expanded and could  --  was
20  compatible with your highest and best use.  Is that correct?

21  A  That's what it states in my report, yes.

22  Q  Okay.  And, based on that analysis, you concluded that the
23  highest and best use of the property of the CDD prong zoned portion
24  of the site was to be developed for that purpose?

25  A  For corporate development, yes.

26  Q  All right.  And, you're views, regarding the highest and
27  best use of the north parcel, the 458 acres taken is a separate

**EXHIBIT K**

```
DOCKET NUMBER:  CV-01-034-4176S
_____

TOWN OF RIDGEFIELD              SUPERIOR COURT OF CONNECTICUT

V                               JUDICIAL DISTRICT OF DANBURY

EUREKA V LLC, ET AL             JANAURY 23, 2004
_____
```

B E F O R E:

      THE HONORABLE HOWARD J. MORAGHAN, J.T.R.

A P P E A R A N C E S:

      JONATHAN BOWMAN, ESQUIRE
      MONTE E. FRANK, ESQUIRE
          COHEN AND WOLF, P.C.
          158 DEER HILL AVENUE
          DANBURY, CONNECTICUT  06810
          AND AT:
          1115 BROAD STREET
          BRIDGEPORT, CONNECTICUT  06604
      ATTORNEYS FOR THE PLAINTIFF

      MATTHEW C. MASON, ESQUIRE
          GREGORY AND ADAMS, P.C.
          190 OLD RIDGEFIELD ROAD
          WILTON, CONNECTICUT 06897
      ATTORNEY FOR THE DEFENDANT

      BARRY C. HAWKINS, ESQUIRE
          SHIPMAN & GOODWIN LLP
          1 LANDMARK SQUARE
          SUITE 1700
          STAMFORD, CONNECTICUT  06901
      ATTORNEY FOR THE DEFENDANT

                        GLORIANNE J. DEE
                        COURT MONITOR

```
 1    Q    And the subject parcel is accessible to major
 2   transportation network, Route 7, Route 84; is that correct?
 3    A    Yes.
 4    Q    And by the mid-1990s the amount of undeveloped
 5   commercial land has shrunk considerably in Ridgefield, isn't
 6   that right?
 7         MR. FRANK:  Relevance, Your Honor.
 8         MR. MASON:  The relevance, Your Honor, is I -- I
 9    -- I -- the highest and best use that Eureka's
10    appraisers have testified to is commercial use of
11    this property and one of the things I want to
12    establish is how the Town of Ridgefield viewed this
13    parcel as important to it for commercial development
14    and, therefore, was likely to support and encourage
15    use of the property in exactly that manner.
16         MR. FRANK:  All three -- All three appraisers
17    have testified that the property was zoned corporate
18    and all three appraisers have valued the property as
19    corporate.  The history of why it's corporate or
20    what uses with the Court is -- is irrelevant at this
21    point.
22         MR. MASON:  I believe it is relevant, Your
23    Honor, because part of the defendant's case is that
24    we would have had great difficulty developing the
25    property --
26         THE COURT:  I'll permit it for what it's worth
27    but not too much.
```