UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x
EUREKA V LLC,                                          :
        Plaintiff,                               :   Civil Action No.
                                                 :
                                                 :   3 02 CV 356 (DJS)
                                                 :
VS.                                                    :
                                                 :
THE TOWN OF RIDGEFIELD, THE BOARD OF                   :
SELECTMEN OF THE TOWN OF RIDGEFIELD,                   :
THE BOARD OF FINANCE OF THE TOWN OF                    :
RIDGEFIELD, THE ECONOMIC DEVELOPMENT                   :
COMMISSION OF THE TOWN OF RIDGEFIELD,                  :
THE BENNETT'S FARM DEVELOPMENT                         :
AUTHORITY, and BARBARA SERFILIPPI, IN                  :
HER OFFICIAL CAPACITY AS THE TOWN                      :
CLERK OF THE TOWN OF RIDGEFIELD,                       :
                                                 :
        Defendants.                              :   NOVEMBER 5, 2004
---------------------------------------------------------------------x

**DEFENDANTS' CONSENT TO PLAINTIFF'S MOTION
TO AMEND JUNE 17, 2004 ORDER REGARDING FILING OF
JOINT TRIAL MEMORANDUM AND TRIAL READINESS**

      Defendants hereby consent to the entry of an order modifying the dates when the parties' Joint Pre-Trial Memorandum is due and when this case is to be trial ready to 45 and 75 days, respectively, after the United States Supreme Court issues its decision in *Kelo v. New London*, 268 Conn. 1 (2004), *cert. granted*, __ S. Ct. __, 2004 WL 2069452 (2004). Defendants so consent without conceding any facts or waiving any legal arguments in this case.

2

THE DEFENDANTS


By:_____
Jonathan S. Bowman, Esq. (ct 08526)
Stewart I. Edelstein, Esq. (ct06021)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-576-8504
jbowman@cohenandwolf.com

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed by first class, postage prepaid mail on the 5th day of November, 2004, to:

Matthew C. Mason, Esq.  
Gregory and Adams, P.C.  
190 Old Ridgefield Road  
Wilton, CT  06897  
Tel: 203-762-9000  
Fax: 203-834-1628  

                                                _____  
                                                Jonathan S. Bowman, Esq.