UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC | : | CIVIL CASE NO: |
| | : | |
| Plaintiff, | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE | : | |
| BOARD OF SELECTMEN OF THE TOWN | : | |
| OF RIDGEFIELD, THE BOARD OF | : | |
| FINANCE OF THE TOWN OF RIDGEFIELD | : | |
| THE ECONOMIC DEVELOPMENT | : | |
| COMMISSION OF THE TOWN OF | : | |
| RIDGEFIELD, THE BENNETT'S FARM | : | |
| DEVELOPMENT AUTHORITY, and | : | |
| BARBARA SERFILIPPI, IN HER OFFICIAL | : | |
| CAPACITY AS THE TOWN CLERK OF THE | : | |
| TOWN OF RIDGEFIELD | : | |
| | : | |
| Defendants. | : | NOVEMBER 8, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Town of Ridgefield, et al., have manually filed the following documents:

Exhibits A through I of the Reply to Eureka's Memorandum In Opposition to Defendants' Motion for Summary Judgment dated November 8, 2004.

These documents have not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the documents exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

THE DEFENDANTS

By: _____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed by first class, postage prepaid mail on this 8th day of November, 2004, to:

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
Tel: 203-762-9000
Fax: 203-834-1628

_____
Stewart I. Edelstein