UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
EUREKA V LLC,                                       :
                    Plaintiff,                      :        Civil Action No.
                                                    :
                                                    :        3 02 CV 356 (DJS)
VS.                                                 :
                                                    :
THE TOWN OF RIDGEFIELD, THE BOARD OF                :
SELECTMEN OF THE TOWN OF RIDGEFIELD,                :
THE BOARD OF FINANCE OF THE TOWN OF                 :
RIDGEFIELD, THE ECONOMIC DEVELOPMENT                :
COMMISSION OF THE TOWN OF RIDGEFIELD,               :
THE BENNETT'S FARM DEVELOPMENT                      :
AUTHORITY, and BARBARA SERFILIPPI, IN               :
HER OFFICIAL CAPACITY AS THE TOWN                   :
CLERK OF THE TOWN OF RIDGEFIELD,                    :
                                                    :
                    Defendants.                     :        NOVEMBER 18, 2004
-------------------------------------------------------------------x

## PLAINTIFF EUREKA V LLC'S MOTION TO SUBMIT SUR-REPLY MEMORANDUM IN FURTHER OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Eureka V LLC ("Eureka") respectfully requests leave to submit a sur-reply memorandum, a copy of which is submitted with this motion, in response to the Reply to Eureka's Memorandum in Opposition to Defendants' Motion for Summary Judgment dated November 8, 2004 ("Reply Memo"). This memorandum is necessitated by the Defendants' flagrant mischaracterization of the State Court record in their Reply Memo.

In their Reply Memo, the Defendants attempt to create the false impression that the feasibility of the Affordable Housing Master Plan was actually litigated and necessary to the decision in the State Case by simply listing and submitting to this Court every reference to the Affordable Housing Master Plan they could find in the voluminous State Court record, without providing any context. However, the issue is not whether references were made to the

Affordable Housing Master Plan in the State Court case; but rather whether the feasibility of the Affordable Housing Master Plan was an issue that was (i) presented for decision by the state court; (ii) actually litigated in the state court, and (iii) necessarily decided by the state court. Given that the sole issue in the State Case was the value of the North Parcel, and Eureka did not value the property based on the Affordable Housing Master Plan, it defies credulity for Ridgefield to maintain its claim that the feasibility of the Affordable Housing Master Plan was (i) actually litigated, (ii) submitted for determination, (iii) necessarily decided and (iv) essential to the J.T.R.'s decision and judgment, including as it relates to the South Parcel which was not even at issue in the State Case.

Accordingly, Eureka requests leave to file the accompanying Sur-Reply Memorandum to address the blatant mischaracterization of the State Court record by the Defendants.

Plaintiff Eureka V LLC

By    Matthew C. Mar.

Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid on November 18, 2004 to the following parties:

Stewart Edelstein, Esq.
Jonathan S. Bowman, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06601-1821

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Matthew C. Mason, Esq.