UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

– – – – – – – – – – – – – – – – – – – – – – – – – – – x
EUREKA V LLC, :
 :
                Plaintiff, : CIVIL NO.
 : 3: 02 CV 356 (DJS)
VS. :
 :
THE TOWN OF RIDGEFIELD, THE BOARD :
OF SELECTMEN OF THE TOWN OF :
RIDGEFIELD, THE BOARD OF FINANCE OF :
THE TOWN OF RIDGEFIELD, THE :
ECONOMIC DEVELOPMENT COMMISSION :
OF THE TOWN OF RIDGEFIELD, THE :
BENNETT'S FARM DEVELOPMENT :
AUTHORITY, and BARBARA SERFILIPPI, IN :
HER OFFICIAL CAPACITY AS THE TOWN :
CLERK OF THE TOWN OF RIDGEFIELD, :
 :
                Defendants. :
 : MARCH 8, 2005
– – – – – – – – – – – – – – – – – – – – – – – – – – – :x

**PLAINTIFF'S MOTION TO SUPPLEMENT OR**
**AMEND FIRST AMENDED VERIFIED COMPLAINT**

      Plaintiff Eureka V LLC hereby moves pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure to supplement or amend its First Amended Verified Complaint to add an allegation regarding a new application relative to the subject South Parcel of the Bennett's Farm Property, which application was filed since the date of the First Amended Complaint. Specifically, Eureka seeks to add allegations pertaining to its application for a zone change and amendment to the Town Plan of Conservation and Development as part of a development plan for 510 residential units that would constitute affordable housing under Conn. Gen. Stat. §8-30g, which application was filed March 7, 2005. In support of its motion, Plaintiff states as follows:

1.      Plaintiffs First Amended Verified Complaint is dated July 26, 2002 and asserts three counts based upon Ridgefield's wrongful efforts to take the property to stop affordable housing on the site. In Count One, plaintiff alleges that the defendants' proposed implementation of the Preliminary Project Plan violates §§ 7-136 and 7-148 and Chapter 132 of the General Statutes, does not constitute a bona fide plan for a municipal development project, constitutes a bad faith exercise of the authority granted to municipalities by these statutes and is unreasonable and unnecessary. In Count Two, plaintiff alleges that the intended condemnation of the parcel violates the Fifth and Fourteenth Amendments to the United States Constitution and Article First, § 11, of the Connecticut Constitution, in that it is not being carried out to serve a public use, and that the intended condemnation constitutes a bad faith, unreasonable and unnecessary exercise of the eminent domain power. In Count Three, plaintiff alleges violation of certain provisions of the Federal Fair Housing Act, 42 U.S.C. § 3600 et seq.

2.      On March 7, 2005, Eureka filed a new application for a zone change and amendment to the Town Plan of Conservation and Development, as part of a development plan for 510 residential units that would constitute affordable housing under Conn. Gen. Stat. §8-30g. This plan contemplates sewer from the City of Danbury, as evidenced by a letter from the City of Danbury indicating Danbury's willingness and ability to provide such service, and water from Bridgeport Hydraulic Company pursuant to a Diversion Permit application by the Connecticut Department of Environmental Protection. The only changes to the First Amended Verified Complaint that are contained in the proposed Second Amended Verified Complaint are the modifications to

the last sentence of paragraph 24, the addition of a new paragraph 25, and re-numbering the balance of the complaint as appropriate.

3. Given that the application was just filed on March 7, 2005, the motion to amend could not have been filed any sooner.

4. For these reasons and those contained in the accompanying Memorandum in Support of Motion to Supplement or Amend First Amended Verified Complaint, Plaintiff respectfully requests that its motion be granted.

5. A copy of the proposed Second Amended Verified Complaint is attached hereto.

WHEREFORE, Plaintiff requests that its Motion to Supplement or Amend First Amended Verified Complaint be granted.

THE PLAINTIFF,

By_____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

**CERTIFICATION**

        This is to certify that a copy of the foregoing was mailed, postage prepaid this 8th day of March, 2005, to:

    Stewart I. Edelstein, Esq.
    Cohen and Wolf, P.C.
    1115 Broad Street
    Bridgeport, CT 06601-1821

    Monte E. Frank, Esq.
    Cohen and Wolf, P.C.
    158 Deer Hill Avenue
    Danbury, CT  06810

                                                           _____
                                                          Matthew C. Mason