UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
EUREKA V LLC,                                    :
                Plaintiff,                :        Civil Action No.
                              :
                              :        3 02 CV 356 (DJS)
                              :
VS.                                              :
                              :
THE TOWN OF RIDGEFIELD, THE BOARD OF             :
SELECTMEN OF THE TOWN OF RIDGEFIELD,             :
THE BOARD OF FINANCE OF THE TOWN OF              :
RIDGEFIELD, THE ECONOMIC DEVELOPMENT             :
COMMISSION OF THE TOWN OF RIDGEFIELD,            :
THE BENNETT'S FARM DEVELOPMENT                   :
AUTHORITY, and BARBARA SERFILIPPI, IN            :
HER OFFICIAL CAPACITY AS THE TOWN                :
CLERK OF THE TOWN OF RIDGEFIELD,                 :
                              :
                Defendants.               :        SEPTEMBER 8, 2005
-------------------------------------------------------------------x

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiff, Eureka V LLC, and Defendants, Town of Ridgefield, et al, hereby respectfully move this court for an order that the action be stayed while the parties proceed with implementation of their Settlement Agreement, made as of August 31, 2005, and in support of their motion state as follows:

1.     This case arises out of the Town of Ridgefield's efforts to take Plaintiff's property located at Bennett's Farm Road in Ridgefield, Connecticut, by eminent domain.

2.     There are two motions now pending: (i) Defendants' Motion for Summary judgment, filed October 6, 2004 and (ii) Plaintiff's Motion to Amend the Complaint, filed March 8, 2005.

3.     On August 31, 2005, the Board of Selectmen of the Town of Ridgefield voted to approve a settlement with Plaintiff, and on that date executed a Settlement Agreement (the "Agreement") made as of August 31, 2005 that will, among other things, fully and finally resolve all of the claims in this action upon the occurrence of certain events within an agreed upon time frame.  The Agreement was executed by Eureka on September 6, 2005, and the parties already have taken steps towards its implementation.  If and when all of the events contemplated by the Agreement occur as provided for therein, the parties will file with the Court  a stipulation of dismissal, with prejudice, pursuant to FRCP 41(a)(1)(ii).

4.     The Agreement contains a confidentiality provision, which precludes the parties from disclosing to this Court the terms of the Agreement and provides that all actions and communications concerning settlement are confidential and not admissible in any litigation between the parties.  Thus, the parties are unable to provide the Court with any of the specific details of the Agreement.  However, in the interest of complete disclosure the parties wish to inform the Court that the Agreement can terminate if certain events occur or if other events do not occur within the agreed upon time frame.  In that eventuality, counsel for one or both of the parties will promptly inform the Court and the matter can be scheduled for trial.

WHEREFORE, the parties jointly request that the Court enter an order staying the action, and staying any rulings in pending motions, until further order of the Court.

                        Plaintiff
                        Eureka V LLC

By:                        _____
                        Matthew C. Mason (ct 15291)
                        Gregory and Adams, P.C.
                        190 Old Ridgefield Road
                        Wilton, CT 06897
                        (203) 762-9000 (Tel.)
                        (203) 834-1628 (Fax)
                        mmason@gregoryandadams.com

                        Defendants

By                        _____
                        Stewart Edelstein (ct06021)
                        Cohen and Wolf, P.C.
                        1115 Broad Street
                        Bridgeport, CT  06601-1821
                        (203) 337-4144 (Tel.)
                        (203) 576-8504 (Fax)
                        sedelstein@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this day, postage pre-paid to the following counsel of Record on September 7, 2005:

Stewart Edelstein, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06601-1821


_____
Matthew C. Mason