UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------x

| | |
|---|---|
| EUREKA V LLC, | : |
|     Plaintiff, | :    Civil Action No. |
| | : |
| | :    3 02 CV 356 (DJS) |
| VS. | : |
| | : |
| THE TOWN OF RIDGEFIELD, THE BOARD OF | : |
| SELECTMEN OF THE TOWN OF RIDGEFIELD, | : |
| THE BOARD OF FINANCE OF THE TOWN OF | : |
| RIDGEFIELD, THE ECONOMIC DEVELOPMENT | : |
| COMMISSION OF THE TOWN OF RIDGEFIELD, | : |
| THE BENNETT'S FARM DEVELOPMENT | : |
| AUTHORITY, and BARBARA SERFILIPPI, IN | : |
| HER OFFICIAL CAPACITY AS THE TOWN | : |
| CLERK OF THE TOWN OF RIDGEFIELD, | : |
| | : |
|     Defendants. | :    DECEMBER 19, 2005 |

## JOINT MOTION TO EXTEND STAY

On September 15, 2005, this court (Squatrito, J.) granted the Joint Motion for Stay of Proceedings dated September 8, 2005, based on a certain settlement agreement between the parties, which provides that the precise terms of the agreement are not to be disclosed to the court. Broadly speaking, the settlement agreement provides, *inter alia,* for Eureka to file certain applications with agencies of the Town of Ridgefield necessary for it to develop the subject property in a manner agreed to by the parties.

Eureka has made application to the Planning and Zoning Commission of the Town of Ridgefield ("Planning and Zoning Commission") consistent with the terms of the agreement. The Planning and Zoning Commission has already conducted a public hearing on two separate nights on this application, and it has scheduled a continued

public hearing on that application for December 22, 2005. The Planning and Zoning Commission has up to 65 days from the close of the hearing on Eureka's application to rule on that application.

If the ruling on that application is favorable, Eureka must then apply to the Planning and Zoning Commission for site plan approval and for a special permit. Eureka must also apply to the Ridgefield Inland Wetlands board for wetlands approval. It is estimated that it will take at least until August 1, 2006 for these agencies to rule on Eureka's applications.

Accordingly, all parties to this action respectfully request that this Court extend the stay the Court has already issued, through August 1, 2006, *nunc pro tunc*.

THE DEFENDANTS,

By: /s/ Stewart I. Edelstein
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct08526)
Monte E. Frank, Esq. (ct13666)
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT  06604
Tel:  203/368-0211
Fax: 203/576-8504
Sedelstein@cohenandwolf.com

THE PLAINTIFF
Eureka V LLC

By: /s/ Matthew C. Mason
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class, postage prepaid mail on the 20th day of December, 2005 to:

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT  06897
Tel: 203-762-9000
Fax: 203-834-1628

Stewart I. Edelstein