UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| EUREKA V LLC, | |
| Plaintiff, | Civil Action No. |
| | 3 02 CV 356 (DJS) |
| VS. | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | |
| Defendants. | AUGUST 1, 2006 |

## JOINT STATUS REPORT

On April 11, 2006, this court (Squatrito, J.) granted the Joint Motion for Stay of Proceedings dated April 10, 2006, based on a certain settlement agreement between the parties, which provides that the precise terms of the agreement are not to be disclosed to the court. Broadly speaking, the settlement agreement provides, *inter alia*, for Eureka to file certain applications with agencies of the Town of Ridgefield necessary for it to develop the subject property in a manner agreed to by the parties.

Eureka applied to the Planning and Zoning Commission of the Town of Ridgefield ("Planning and Zoning Commission") consistent with the terms of the agreement, which application was denied without prejudice to re-file another application that would address the Planning and Zoning Commission's concerns. It is Eureka's intent to submit a new application to the Planning and Zoning Commission pursuant to

the settlement agreement between the parties, and it is diligently working on such an application, including meeting with various Town officials and representatives. Unfortunately, it is a longer process than the parties had hoped. Nonetheless, the settlement agreement remains in full force and effect. If that changes at any point in the future the parties will promptly notify the Court.

It is anticipated that a new application by Eureka will be filed in the fall of 2006 and it will take several months thereafter for the commission to rule on the application.

Accordingly, all parties to this action respectfully request that this Court extend the stay the Court has already issued, through December 31, 2006, at which time the parties will provide a status report to the Court.

THE DEFENDANTS,

By: _____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct08526)
Monte E. Frank, Esq. (ct13666)
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203/368-0211
Fax: 203/576-8504
Sedelstein@cohenandwolf.com

THE PLAINTIFF
Eureka V LLC

By: _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

## CERTIFICATION

I certify that on August 1, 2006, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Michael P. Kaelin
Michael P. Kaelin (ct01951)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mkaelin@gregoryandadams.com