UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUREKA V LLC,** | : | |
| | : | |
|     **Plaintiff**, | : | |
| | : | |
| V. | : | No. 3:02cv356(DJS) |
| | : | |
| **THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFILED.** | : : : : : : : : : : | |
| | : | |
|     **Defendants.** | : | |

## ORDER

On September 12, 2005, the parties, pursuant to their Settlement Agreement of August 31, 2005, submitted a joint motion (dkt. # 84) to the Court, which requested that the Court stay the proceedings in the above captioned matter to allow plaintiff Eureka V LLC ("Eureka"), to file certain applications with agencies of the Town of Ridgefield. The Court granted the parties' request and entered a stay until December 1, 2005. (Dkt. # 85). Thereafter, the parties filed a joint motion to extend the stay <u>nunc pro tunc</u> (dkt. # 86), which explained that Eureka's application with the Planning and Zoning Commission of the Town of Ridgefield ("the Commission") was still pending. (Dkt. # 86). The Court, on December 23, 2005, issued an order, which granted the motion in part and ordered the parties to report the progress of the Commission's proceedings. (Dkt. # 87). The parties then, in accordance with the Court's order of December 23, 2005, submitted a status report regarding Eureka's application. Because the

Commission had denied Eureka's application, the parties sought to have the Court extend the stay until August 1, 2006, to allow Eureka to submit a new application. On April 11, 2006, the Court issued an order, which extended the stay until August 1, 2006, and ordered the parties to file a status report with the Court. (See dkt. # 91). Now before the Court is the parties' joint status report (dkt. # 92), which asks that the Court extend the stay until December 31, 2006, so that Eureka may submit a new application to the Commission.

In light of the foregoing, the Court hereby **ORDERS** the following:

1. The parties shall file a supplemental status report with Court, detailing the exact number of applications Eureka has filed with the various agencies of the Town of Ridgefield, the outcome of each application, and the reasons for the denials. The parties shall also explain how the previously-filed applications and Eureka's newly-proposed application differ from each other. The parties shall file this supplemental report, along with a copy of each of the written decisions of the various town agencies, on or before September 18, 2006.

2. This case shall remain stayed until September 25, 2006. After the Court reviews the parties' supplemental report, the Court will issue a ruling that addresses the parties' request to extend the stay through December 31, 2006. In the interim, Eureka may re-file an application with the Commission.

3. Defendants' motion for summary judgement **(dkt. # 65)** is **DENIED without prejudice.** Defendants may renew their motion if this case does not settle.

4. Plaintiff's motion to supplement or amend first amended verified complaint **(dkt. # 80)** is **DENIED without prejudice.** Plaintiff may renew its motion if this case does not settle.

**IT IS SO ORDERED**

      Dated at Hartford, Connecticut this <u>8th</u> day of August, 2006.

      **/s/ DJS**
      **DOMINIC J. SQUATRITO**
      **UNITED STATES DISTRICT JUDGE**