UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
|     Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | : | |
|     Defendants. | : | SEPTEMBER 15, 2006 |

## JOINT SUPPLEMENTAL STATUS REPORT

In accordance with the Court's Order of August 8, 2006, the parties hereby submit this supplemental status report regarding the applications filed by Eureka to develop the subject 155 acre property (the "Property").[1]

    1.    On September 6, 2005, the parties entered into a Settlement Agreement which contemplated Eureka V LLC ("Eureka") filing certain applications with local land use agencies of the Town of Ridgefield. That Settlement Agreement requires that the specifics of the applications and rulings on them remain confidential for purposes of this lawsuit. On September 6, 2005, Eureka duly filed applications (i) for a text amendment to the zoning regulations of Ridgefield; (ii) for a zone change respecting the Property to

---

[1] The parties understand the Court's Order to pertain to applications filed since execution of the August 31, 2005 Settlement Agreement.

permit Eureka's proposed development; and (iii) to amend the Town Plan of Conservation and Development.

2. On March 7, 2006, the Planning & Zoning Commission denied Eureka's applications. Based on the Commission's deliberations, it requested certain changes in the applications to deal with various issues.

3. Since denial of those applications, Eureka has diligently worked to develop plans that address these issues. This has required many meetings and planning sessions between Eureka's professionals and various town officials, including the Town Planner, the Town Engineer, and representatives of the Water Pollution Control Authority, as well as meetings with state officials, including the Department of Environmental Protection.

4. At this point, Eureka believes it will be able to file new applications that will resolve the issues of concern to the Commission.

5. The parties recognize that this case has been pending since 2002. Nonetheless, the parties are optimistic that the very lengthy and costly trial of this action can be avoided if Eureka is permitted to pursue these new applications. The settlement agreement remains in full force and effect. If that changes at any point in the future, the parties will promptly notify the Court.

6. The parties further recognize that the information in this Supplemental Status Report is not as complete as it would be but for the confidentiality provisions of the Settlement Agreement between the parties, referred to above. However, the parties are bound by their agreement, and believe that the information set forth herein addresses any concerns the Court may have regarding the status of the subject

applications, and Eureka's intentions to file new applications as soon as practicable. Counsel for all parties will, of course, participate in a chambers conference if the Court seeks further clarification of the constraints the confidentiality provisions impose or to discuss the status of these applications, to the extent any such discussion does not violate the Settlement Agreement.

Accordingly, all parties to this action respectfully request that this Court extend the stay the Court has already issued, through December 31, 2006, at which time the parties will provide a status report to the Court.

THE DEFENDANTS,

By: *[signature]*
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct08526)
Monte E. Frank, Esq. (ct13666)
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203/368-0211
Fax: 203/576-8504
Sedelstein@cohenandwolf.com

THE PLAINTIFF
Eureka V LLC

By: *[signature]*
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

## CERTIFICATION

I certify that on September 15, 2006, a copy of the foregoing Joint Supplemental Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Matthew C. Mason*
Matthew C. Mason (ct15291)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com