UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUREKA V LLC,** | : | |
| | : | |
|     **Plaintiff**, | : | |
| | : | |
| V. | : | No. 3:02cv356(DJS) |
| | : | |
| **THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD.** | : | |
| | : | |
|     **Defendants.** | : | |

## ORDER

As a result of the telephone conference held today, October 6, 2006, the following order shall enter:

1. The parties shall file a supplemental status report with the Court on or before March 30, 2007.

2. The parties have represented to the Court, that, pursuant to their Settlement Agreement of August 31, 2005, it is their intention to resolve this dispute by working through the administrative process and to allow plaintiff Eureka V LLC ("Eureka") to file certain applications with agencies of the Town of Ridgefield ("the Town"). The parties also informed the Court that the Town is in the process of adopting new zoning regulations and that it is Eureka's intention to file another application with the Planning and Zoning Commission of the Town of Ridgefield ("the Commission") after the Town adopts the new regulations. **In addition**

**to the above-mentioned status report, the parties shall file a report with the Court certifying that Eureka has filed another application with the Commission.  The parties shall file this report not more than ten (10) days after Eureka submits its newest application to the Commission**.

  **3.  The parties shall also file a status report with the court not more than ten (10) days after the Commission adjudicates Eureka's latest application.**

  4.  This case shall remain stayed until July 1, 2007.

**IT IS SO ORDERED**

  Dated at Hartford, Connecticut this <u>6th</u> day of October, 2006.

                 /S/DJS
               —————————————————
               **DOMINIC J. SQUATRITO**
               **UNITED STATES DISTRICT JUDGE**