UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

– – – – – – – – – – – – – – – – – – – – – – – – – –x
                                                    :
EUREKA V LLC,                                       :
                                                    :
                    Plaintiff,                      :        CIVIL NO.
                                                    :        3: 02 CV 356 (DJS)
                                                    :
        VS.                                         :
                                                    :
THE TOWN OF RIDGEFIELD, THE BOARD                   :
OF SELECTMEN OF THE TOWN OF                         :
RIDGEFIELD, THE BOARD OF FINANCE OF                 :
THE TOWN OF RIDGEFIELD, THE                         :
ECONOMIC DEVELOPMENT COMMISSION                     :
OF THE TOWN OF RIDGEFIELD, THE                      :
BENNETT'S FARM DEVELOPMENT                          :
AUTHORITY, and BARBARA SERFILIPPI, IN               :
HER OFFICIAL CAPACITY AS THE TOWN                   :
CLERK OF THE TOWN OF RIDGEFIELD,                    :
                                                    :
                    Defendants.                     :
                                                    :        MARCH 30, 2007
– – – – – – – – – – – – – – – – – – – – – – – – –:x

**PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE STATUS REPORT**

Plaintiff Eureka V LLC hereby moves for a one week extension of time, from

March 30, 2007 to April 6, 2007, to file the supplemental status report called for in the

Court's October 6, 2006 Order.

On March 20, 2007, effective May 1, 2007, the Planning and Zoning Commission

of Ridgefield adopted extensive amendments to its zoning regulations, which includes

changes Eureka perceives to be adverse to its interests.  Plaintiff is in the process of

finalizing its decisions regarding the impact of the new regulations and a one week

extension will allow it to file a more meaningful status report with respect to the nature

and timing of future applications to develop the property and how the regulation changes will impact Eureka's claims in this action.

Defendants' counsel consents to the one week extension of time to file the supplemental status report.

This is Plaintiff's first request for an extension of time to file the status report.

WHEREFORE, Plaintiff requests that its motion for extension of time to file a supplemental status report be granted.

THE PLAINTIFF,

By _____
    Matthew C. Mason (ct 15291)
    Gregory and Adams, P.C.
    190 Old Ridgefield Road
    Wilton, CT 06897
    (203) 762-9000 (Tel.)
    (203) 834-1628 (Fax)
    mmason@gregoryandadams.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 30th day of March, 2007, to:

Stewart I. Edelstein, Esq.
Jonathan Bowman, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06601-1821

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

_____
Matthew C. Mason