UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
:
EUREKA V LLC,                               :
:
            Plaintiff,          :    CIVIL NO.
:    3: 02 CV 356 (DJS)
:
    VS.                                    :
:
THE TOWN OF RIDGEFIELD, THE BOARD            :
OF SELECTMEN OF THE TOWN OF                  :
RIDGEFIELD, THE BOARD OF FINANCE OF          :
THE TOWN OF RIDGEFIELD, THE                  :
ECONOMIC DEVELOPMENT COMMISSION              :
OF THE TOWN OF RIDGEFIELD, THE               :
BENNETT'S FARM DEVELOPMENT                   :
AUTHORITY, and BARBARA SERFILIPPI, IN        :
HER OFFICIAL CAPACITY AS THE TOWN            :
CLERK OF THE TOWN OF RIDGEFIELD,             :
:
           Defendants.         :
:    APRIL 5, 2007
------------------------------:x

**PLAINTIFF'S SUPPLEMENTAL STATUS REPORT**

Plaintiff Eureka V LLC, in accordance with the Court's orders of October 6, 2006 and April 2, 2007, submits this supplemental report on the status of the above referenced matter.

On March 20, 2007, the Planning and Zoning Commission of the Town of Ridgefield adopted amendments to its zoning regulations, effective May 1, 2007, which amendments include deletion of specified residential uses in the Corporate Development District in which the Plaintiff's property is located. These actions were taken with the intent and/or effect of discriminating against families with school age children and in an effort to preclude Eureka from making any applications under Connecticut's Affordable

Housing Appeals Procedure, C.G.S. §8-30g. As a result of this change, which was made over Eureka's objection, Eureka will be terminating the August 1, 2005 Settlement Agreement between Eureka and Ridgefield. In addition, Eureka will also be filing a new affordable housing application with the Planning and Zoning Commission before the effective date of the new regulations.

Simultaneous with the filing of this status report, Eureka is filing the following with this Court:

1. Plaintiff's Motion to Supplement and Amend First Amended Complaint.

2. Plaintiff's Memorandum of Law in Support of Motion to Supplement and Amend First Amended Verified Complaint.

3. Proposed Second Amended Complaint.

4. Plaintiff's Motion to Vacate Stay and for Expedited Discovery.

The Motion to Supplement and Amend First Amended Verified Complaint is made pursuant to Rules 15(a), 15(d) and 16(b) of the Federal Rules of Civil Procedure to (i) add allegations regarding adoption of the new and improper amendments to zoning regulations by the Town of Ridgefield, acting through its Planning and Zoning Commission, (ii) add a new Count Four against Ridgefield and its Planning and Zoning Commission for violation of Federal Fair Housing Act, 42 U.S.C. §3600 *et seq.* relative to the new discriminatory zoning regulations, and (iii) add allegations regarding an application that was made relative to the subject South Parcel of the Bennett's Farm Property, which application was filed since the date of the First Amended Complaint.

2

Eureka requests a conference with the Court to discuss how the Court would like the case to proceed from here.  Eureka is prepared to proceed on an expedited basis with discovery pertaining to the new allegations and the new claim.

THE PLAINTIFF,

By:  /s/ Matthew C. Mason
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

4

## **CERTIFICATION**

I certify that on April 5, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Matthew C. Mason
                                          Matthew C. Mason (ct15291)
                                          Michael P. Kaelin (ct01951)
                                          Gregory and Adams, P.C.
                                          190 Old Ridgefield Rd.
                                          Wilton, CT 06897
                                          (203) 762-9000
                                          Fax: (203) 834-1628
                                          E-mail: mmason@gregoryandadams.com