UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
:
EUREKA V LLC, :
:
          Plaintiff, : CIVIL NO.
: 3: 02 CV 356 (DJS)
:
   VS. :
:
THE TOWN OF RIDGEFIELD, THE BOARD :
OF SELECTMEN OF THE TOWN OF :
RIDGEFIELD, THE BOARD OF FINANCE OF :
THE TOWN OF RIDGEFIELD, THE :
ECONOMIC DEVELOPMENT COMMISSION :
OF THE TOWN OF RIDGEFIELD, THE :
BENNETT'S FARM DEVELOPMENT :
AUTHORITY, and BARBARA SERFILIPPI, IN :
HER OFFICIAL CAPACITY AS THE TOWN :
CLERK OF THE TOWN OF RIDGEFIELD, :
:
          Defendants. :
: APRIL 5, 2007
------------------------------:x

**PLAINTIFF'S MOTION TO VACATE STAY**
**AND FOR EXPEDITED DISCOVERY**

Plaintiff Eureka V LLC hereby moves that the Court's October 6, 2006 Order be vacated to the extent it stays the action until July 30, 2007, and that the Court enter an order permitting expedited discovery on its new claim and new allegations relating the recent discriminatory changes in Ridgefield's zoning regulations, and in support of the motion states as follows:

    1.    This action is presently stayed until July 30, 2007, pursuant to this Court's October 6, 2007 Order, for the purpose of permitting the Plaintiff to make certain land

use applications in accordance with the August 31, 2005 Settlement Agreement between Eureka and the Town of Ridgefield.

2,    On March 20, 2007, effective May 1, 2007, Ridgefield's Planning and Zoning Commission enacted new zoning regulations.  These new regulations delete specified residential uses in the Corporate Development District ("CDD"), where Plaintiff's property is located.  By deleting these uses the Commission has sought to preclude new families with school age children from moving to Ridgefield and to preclude Eureka from filing applications under Connecticut's affordable housing appeals procedure.

3.    In light of the improper and discriminatory regulation changes, Eureka will be terminating the Settlement Agreement with Ridgefield and filing a new affordable housing application prior to the effective date of the new regulations.

4.    Eureka has moved pursuant to Rules 15(a), 15(d) and 16(b) of the Federal Rules of Civil Procedure to supplement and amend its First Amended Verified Complaint to (i) add allegations to the First, Second and Third Counts regarding the adoption of new discriminatory zoning regulations by the Town of Ridgefield; (ii) add a new Fourth Count against Ridgefield and the Planning and Zoning Commission (which is not presently a party) for violation of Federal Fair Housing Act by reason of the discriminatory amendments to the town's Zoning Regulations; and (iii) add allegations regarding an application made relative to the subject South Parcel of the Bennett's Farm Property, which application was filed since the date of the First Amended Complaint.

5.    Eureka requests that the Court vacate its October 6, 2006 Order to the extent it stayed the action and enter a scheduling order respecting discovery on the new

Fourth Count for violation of the Federal Fair Housing Act and the new allegations relating to the discriminatory regulation changes.

6.    Eureka anticipates that it will need written discovery (primarily if not exclusively documents) and depositions of (i) Planemetrics (and Glenn Chalder, its principal), the consulting firm that has advised the Ridgefield Planning and Zoning Commission on its zoning regulation changes, (ii) the Planning and Zoning Commission in Ridgefield and several of its members, and (iii) potentially Betty Brosious, the Ridgefield Town Planner.  We believe discovery could be completed within 60 to 90 days.  Eureka also requests that the Court enter an order regarding expert disclosures and discovery of experts on its Federal Fair Housing Act counts.

8.    The reasons set forth above constitute good cause under Fed. R. Civ. P. 16(b).

WHEREFORE, Plaintiff requests that its Motion to Vacate Stay and for Expedited Discovery be granted.

THE PLAINTIFF,

By: /s/ Matthew C. Mason
   Matthew C. Mason (ct 15291)
   Gregory and Adams, P.C.
   190 Old Ridgefield Road
   Wilton, CT 06897
   (203) 762-9000 (Tel.)
   (203) 834-1628 (Fax)
   mmason@gregoryandadams.com

## **CERTIFICATION**

I certify that on April 5, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Michael P. Kaelin (ct01951)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com