UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------x

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | : : : : : : : : | |
| Defendants. | : | APRIL 25, 2007 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants hereby move for a thirty day extension of time to file responses to the following pleadings Plaintiff filed on April 5, 2007:

1. Plaintiff's Motion to Supplement and Amend First Amended Verified Complaint (with proposed second amended complaint).

2. Plaintiff's Motion to Vacate Stay and for Expedited Discovery.

Counsel requires this extension of time to enable the defendants ample time to review and analyze these motions (including the Proposed Second Amended Complaint), and to respond to them. The Proposed Second Amended Complaint raises new issues with regard to the effect of recent changes in the Ridgefield Zoning Regulations which go into effect on May 1, 2007, and by this Proposed Second

Amended Complaint, Eureka V, LLC seeks to add a new party as a defendant in this action. These new allegations and the proposed addition of a new party defendant require the review and analysis for which this extension is requested.

The undersigned has inquired of Matthew Mason, counsel for Eureka V, LLC, whether there is agreement or objection to this motion. On April 25, 2007, Mr. Mason advised the undersigned that his client objects to this motion.

This is defendants' first motion for extension of time addressed to the subject motions.

                THE DEFENDANTS

By: _____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 25, 2007, a copy of Defendant's Motion for Extension of Time dated April 25, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

_____
Stewart I. Edelstein