UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------x

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, THE BOARD OF FINANCE OF THE TOWN OF RIDGEFIELD, THE ECONOMIC DEVELOPMENT COMMISSION OF THE TOWN OF RIDGEFIELD, THE BENNETT'S FARM DEVELOPMENT AUTHORITY, and BARBARA SERFILIPPI, IN HER OFFICIAL CAPACITY AS THE TOWN CLERK OF THE TOWN OF RIDGEFIELD, | : | |
| | : | |
| Defendants. | : | May 23, 2007 |

## MOTION FOR CLARIFICATION OF ORDER DATED MAY 21, 2007

By pleading dated April 5, 2007, Eureka V LLC filed a motion entitled "Plaintiff's Motion to Vacate Stay and for Expedited Discovery." By that motion, Eureka V LLC sought three distinct rulings:

1. an order vacating the stay in effect until July 30, 2007;

2. written discovery and depositions as itemized in its motion; and

3. an order "regarding expert disclosures and discovery of experts on its Federal Fair Housing Act counts."

On May 21, 2007, this Court entered an order as follows: "ORDER granting [104] Motion to Expedite Discovery. The discovery shall be completed by July 31, 2007. Signed by Judge Dominic J. Squatrito on 05/21/2007."

Also, on May 21, 2007, the Court entered the following order: "ORDER granting [103] Motion to Vacate Stay. Signed by Judge Dominic J. Squatrito on 05/21/2007."

There is no order ruling on Eureka's separate request that "the Court enter an order regarding expert disclosures and discovery of experts on its Federal Fair Housing Act counts."

On May 7, 2007, Defendants filed their objection to Eureka's motion, addressing separately their objection to Eureka's seeking an order allowing it to disclose experts on its Federal Fair Housing Act counts. The deadline for such disclosures passed on September 20, 2002, and this case was ready for trial at the end of 2004, when it was effectively stayed pending a decision by the U.S. Supreme Court in *Kelo vs. New London*, 545 U.S.469 (2005). Eureka's Federal Fair Housing Act claims pre-existed its new Fourth Court well before that September 20, 2002 deadline.

None of the court's orders addresses this third request for late disclosure of expert witnesses. If the court intended to deny that request for late disclosure of witnesses, the existing court orders to not make that explicit. If the court intended to grant Eureka permission for late disclosure of expert witnesses, there is no scheduling order for such disclosure, for deposition of any such experts, for disclosure of any experts the defendants may want to testify at trial in response to Eureka's expert, or for deposition of any such defendants' experts.

Accordingly, the defendants seek clarification of the court's ruling on Plaintiff's Motion to Vacate Stay and for Expedited Discovery.

3

THE DEFENDANTS

By: /s/ Stewart Edelstein
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 23, 2007, a copy of Defendant's Motion for Clarification of Order dated May 21, 2007, dated May 23, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

_____
Stewart I. Edelstein