UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x
: 
EUREKA V LLC,                                          :
                                                      :
                          Plaintiff,                  :     CIVIL CASE NO.
                                                      :     302 CV 356 (DJS)
               VS.                                    :
                                                      :
THE TOWN OF RIDGEFIELD, THE BOARD     :
OF SELECTMEN OF THE TOWN OF           :
RIDGEFIELD, THE BOARD OF FINANCE OF   :
THE TOWN OF RIDGEFIELD, THE           :
ECONOMIC DEVELOPMENT COMMISSION       :
OF THE TOWN OF RIDGEFIELD, THE        :
BENNETT'S FARM DEVELOPMENT            :
AUTHORITY, BARBARA SERFILIPPI, IN     :
HER OFFICIAL CAPACITY AS THE TOWN     :
CLERK OF THE TOWN OF RIDGEFIELD and   :
THE PLANNING AND ZONING COMMISSION    :
OF THE TOWN OF RIDGEFIELD,            :
                                                      :
                          Defendants.                 :
                                                      :     MAY 24, 2007
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :x

**PLAINTIFF'S RESPONSE TO MOTION FOR CLARIFICATION
OF ORDER DATED MAY 21, 2007**

Plaintiff Eureka V LLC submits this brief response to the Defendants' Motion for

Clarification of Order Dated May 21, 2007, which motion was filed May 23, 2007.

Under the guise of a motion for clarification, the Defendants seek to reargue a

motion they have already lost. In granting the Plaintiff's motion, the court clearly

authorized expert disclosure on Plaintiff's Federal Fair Housing Act claims, Counts Three

and Four of the Second Amended Complaint, even though it did not set specific deadlines

for those disclosures.  It is up to the Court to decide when it wishes to set those deadlines, and if it wishes to do so in response to this Motion of course we have no objection.

The Defendants' arguments on page two of its Motion are not only meritless but are completely improper as they have nothing to do with the alleged need for clarification, but rather go to the merits of the underlying issue.  These arguments include the completely unfounded and patently false assertion that this is the "third request for late disclosure of expert witnesses."   Motion at 2.  The Defendants' improper and untimely arguments should be stricken or ignored by the Court.

THE PLAINTIFF,

By: /s/ Matthew C. Mason
   Matthew C. Mason (ct 15291)
   Gregory and Adams, P.C.
   190 Old Ridgefield Road
   Wilton, CT 06897
   (203) 762-9000 (Tel.)
   (203) 834-1628 (Fax)
   mmason@gregoryandadams.com

## CERTIFICATION

I certify that on May 24th, 2007, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Michael P. Kaelin (ct01951)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com