# United States District Court

DISTRICT OF CONNECTICUT

EUREKA V LLC

    Plaintiff

V.

THE TOWN OF RIDGEFIELD, THE BOARD OF SELECTMEN OF THE TOWN OF RIDGEFIELD, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 302CV356 DJS

TO: (Name and address of defendant)

PLANNING AND ZONING COMMISSION OF THE TOWN OF RIDGEFIELD
66 PROSPECT STREET   (TOWN HALL ANNEX)
RIDGEFIELD, CT   06877

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew C. Mason, Esq.
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT   06897

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK _S. Baldwin_

(BY) Deputy Clerk

DATE May 23, 2007

## Return of Service – Federal Summons – U.S. District Court

<u>Service of the summons and complaint was made by me:</u>   May 24, 2007

<u>Name of Server:</u>   Edmund K Makowski

<u>Defendant Served:</u>   Planning & Zoning Commission of the Town of Ridgefield

Manner of Service:

By leaving two true and attested copies of the original Federal Summons and Second Amended Complaint, with my doings thereon endorsed,

    **with and in the hands of Barbara Serfilippi, Town Clerk for the Town of Ridgefield and authorized to accept service for the Town of Ridgefield, at the Town Hall, 400 Main St., Ridgefield, CT; and

By leaving a true and attested copy of the original Federal Summons and Second Amended Complaint, with my doings thereon endorsed,

    **with and in the hands of Richard S. Baldelli, Zoning Enforcement Officer and authorized to accept service for the Planning and Zoning Commission of Ridgefield, at the Town Hall Annex, 66 Prospect St., Ridgefield, CT; and

    **at the usual place of abode of Rebecca Mucchetti, Chairperson of the Planning and Zoning Commission of the Town of Ridgefield, at 197 Farmingville Road, Ridgefield, CT.

Fees:
Process          $ 90.00
Travel  50 mi    24.25
Copies           160.00
Endorsem.        2.00
Total            $276.25

Attest:

Edmund K Makowski
CT State Marshal