UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
EUREKA V LLC,

    Plaintiff,   :  Civil Action No.

          :  3:02 CV 356 (DJS)

VS.

THE TOWN OF RIDGEFIELD, ET AL.

    Defendants.  :  JUNE 1, 2007

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Defendants The Town of Ridgefield, The Board of Selectmen of the Town of Ridgefield, The Board of Finance of the Town of Ridgefield, The Economic Development Commission of the Town of Ridgefield, The Bennett's Farm Development Authority, and Barbara Serfilippi, in her official capacity as the Town Clerk of the Town of Ridgefield ("Defendants") hereby move for a one week extension of time, until June 11, 2007, to file a motion addressed to Plaintiff's Second Amended Complaint served on May 24, 2007.

Counsel requires this extension of time to enable Defendants sufficient time to review and analyze the Second Amended Complaint, and to respond to it. The Second Amended Complaint raises new issues with regard to the effect of recent changes in the Ridgefield Zoning Regulations which became effective on May 1, 2007, and by this Second Amended Complaint, a new party has been added as a defendant in this action. These new allegations and the addition of a new party defendant require the review and analysis for which this extension is requested.

The undersigned has inquired of Matthew Mason, counsel for Plaintiff, whether he objects to this motion. On June 1, 2007, Mr. Mason advised the undersigned that he has no objection to this motion.

This is Defendants' first motion for extension of time addressed to the Second Amended Complaint.

>THE DEFENDANTS,
>THE TOWN OF RIDGEFIELD, THE
>ECONOMIC DEVELOPMENT
>COMMISSION OF THE TOWN OF
>RIDGEFIELD, THE BENNET'S FARM
>DEVELOPMENT AUTHORITY, AND
>BARBARA SERFILIPPI, IN HER
>OFFICIAL CAPACITY AS THE TOWN
>CLERK OF THE TOWN OF
>RIDGEFIELD
>
>By: /s/
>Stewart I. Edelstein, Esq. (ct06021)
>Jonathan S. Bowman, Esq. (ct 08526)
>Monte E. Frank, Esq. (ct 13666)
>Cohen and Wolf, P.C.
>1115 Broad Street
>Bridgeport, CT  06604
>Tel: 203-368-0211
>Fax: 203-576-8504
>sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 1, 2007, a copy of Defendants' Motion for Extension of Time dated June 1, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

Stewart I. Edelstein