# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02-cv-00356 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant Ridgefield Planning and Zoning Commission

EUREKA V LLC

v.

THE TOWN OF RIDGEFIELD, ET AL

| | |
|---|---|
| June 4, 2007 | *signature* |
| **Date** | **Signature** |
| ct11397 | Thomas W. Beecher, Esq. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 744-2150 | 148 Deer Hill Avenue, P.O. Box 440 |
| **Telephone Number** | **Address** |
| (203) 791-1126 | Danbury, CT 06813-0440 |
| **Fax Number** | |
| tbeecher@chgjtlaw.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Matthew C. Mason, Esq.
GREGORY and ADAMS, P.C.
190 Old Ridgefield Road
Wilton, CT 06897

*signature*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001