UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC, | : |
| | : CIVIL ACTION NO. |
| *Plaintiff,* | : 302 CV 356 (DJS) |
| | : |
| V. | : |
| | : |
| TOWN OF RIDGEFIELD, ET AL | : |
| | : |
| | : |
| | : |
| *Defendants.* | : JUNE 11, 2007 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Defendant Planning and Zoning Commission of the Town of Ridgefield hereby moves for an extension of time, until June 22, 2007, to file a responsive pleading addressed to Plaintiff's Second Amended Complaint served on May 24, 2007.

Counsel recently appeared in this litigation and requires this extension of time to enable the Defendant sufficient time to review and analyze the Second Amended Complaint, and to respond to it. The Second Amended Complaint raises issues with regard to the effect of recent changes in the Ridgefield Zoning Regulations which became effective on May 1, 2007, and by this Second Amended Complaint the Defendant Commission is a new party and has been added as a Defendant in this action. The deadline for a response was changed from June 13, 2007 to June 11, 2007 by Court order dated June 4, 2007.

On June 11, 2007, the undersigned inquired of Matthew Mason, counsel for Plaintiff, via voicemail, as to whether he objects to this motion. As of this filing, the undersigned has not received a reply.

This is Defendant's first motion for extension of time addressed to the Second Amended Complaint.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
PLANNINGAND ZONING COMMISSION
OF THE TOWN OF RIDGEFIELD


/s/ Thomas W. Beecher
Thomas W. Beecher (11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
lgoldstein@chgjtlaw.com
jgaramella@chgjtlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on **June 11, 2007** a copy of foregoing **Defendant's Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stewart I. Edelstein, Esq.
Jonathan S. Bowman, Esq.
Monte E. Frank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 337-4135
Facsimile : (203) 394-9901
sedelstein@cohenandwolf.com

Michael Peter Kaelin, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4106
Facsimile : (203) 708-3805
mmason@gregoryandadams.com

Ari J. Hoffman, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile : (203) 394-9901
ahoffman@cohenandwolf.com

Matthew C. Mason, Esq.
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Telephone: (203)762-9000 x323
Facsimile : (203) 834-1628
mkaelin@cl-law.com

/s/Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
E-mail: tbeecher@chgjtlaw.com