UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF | : | |
| SELECTMEN OF THE TOWN OF RIDGEFIELD, | : | |
| THE BOARD OF FINANCE OF THE TOWN OF | : | |
| RIDGEFIELD, THE ECONOMIC DEVELOPMENT | : | |
| COMMISSION OF THE TOWN OF RIDGEFIELD, | : | |
| THE BENNETT'S FARM DEVELOPMENT | | |
| AUTHORITY, and BARBARA SERFILIPPI, IN | : | |
| HER OFFICIAL CAPACITY AS THE TOWN | : | |
| CLERK OF THE TOWN OF RIDGEFIELD, | | |
| | : | |
| Defendants. | : | June 13, 2007 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for non-party Glen Chalder.

I certify that I am admitted to practice in this court.

By: _____
Stewart I. Edelstein, Esq.
Fed. Bar No. ct06021
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211
sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 13, 2007, a copy of Defendant's Appearance dated June 13, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

_____
Stewart I. Edelstein