UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC | : | CIVIL CASE NO: |
| | : | |
| Plaintiff, | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE | : | |
| BOARD OF SELECTMEN OF THE TOWN | : | |
| OF RIDGEFIELD, THE BOARD OF | : | |
| FINANCE OF THE TOWN OF RIDGEFIELD | : | |
| THE ECONOMIC DEVELOPMENT | : | |
| COMMISSION OF THE TOWN OF | : | |
| RIDGEFIELD, THE BENNETT'S FARM | : | |
| DEVELOPMENT AUTHORITY, and | : | |
| BARBARA SERFILIPPI, IN HER OFFICIAL | : | |
| CAPACITY AS THE TOWN CLERK OF THE | : | |
| TOWN OF RIDGEFIELD | : | |
| | : | |
| Defendants. | : | June 13, 2007 |

## CERTIFICATION IN COMPLIANCE WITH FED. R. CIV. 26(c)

Stewart I. Edelstein, being duly sworn, does hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am counsel for Planimetrics, LLC and for Glen Chalder, recipients of notices of depositions and document requests in connection with the above-referenced case.

3. On June 12, 2007, I had a good faith conference with Matthew Mason, counsel for Eureka V, LLC, in accordance with Rule 26(c) to resolve disputes without court action pertaining to the deposition of Planimetrics, LLC and of Glen Chalder, and their production of documents as set forth in those deposition notices.

4. Despite our good faith conference, we were unable to resolve those disputes, and therefore require court action.

THE TOWN OF RIDGEFIELD, THE BOARD
OF SELECTMEN OF THE TOWN OF
RIDGEFIELD, THE BOARD OF FINANCE OF
THE TOWN OF RIDGEFIELD, THE
ECONOMIC DEVELOPMENT COMMISSION
OF THE TOWN OF RIDGEFIELD, THE
BENNETT'S FARM DEVELOPMENT
AUTHORITY, and BARBARA SERFILIPPI, IN
HER OFFICIAL CAPACITY AS THE TOWN
CLERK OF THE TOWN OF RIDGEFIELD

By:_____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 13, 2007, a copy of Defendant's Certification of

Compliance with Fed. R. Civ. 26(c) dated June 13, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-

mail to all parties by operation of the Court's electronic filing system and by mail to any

parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through

the Court's system.

Stewart I. Edelstein