# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
EUREKA V LLC,                    :
                                 :
            Plaintiff,           :   CIVIL CASE NO.
                                 :   3: 02 CV 356 (DJS)
    VS.                          :
                                 :
THE TOWN OF RIDGEFIELD, THE BOARD :
OF SELECTMEN OF THE TOWN OF      :
RIDGEFIELD, THE BOARD OF FINANCE OF :
THE TOWN OF RIDGEFIELD, THE      :
ECONOMIC DEVELOPMENT COMMISSION  :
OF THE TOWN OF RIDGEFIELD, THE   :
BENNETT'S FARM DEVELOPMENT       :
AUTHORITY, and BARBARA SERFILIPPI, IN :
HER OFFICIAL CAPACITY AS THE TOWN :
CLERK OF THE TOWN OF RIDGEFIELD, :
                                 :
            Defendants.          :   MAY 25, 2007
---------------------------------x

**PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS TO DEFENDANTS**

Plaintiff Eureka V LLC, pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut, hereby requests that the defendants produce the documents requested herein no later than 30 days from the date hereof to Gregory and Adams, PC, 190 Old Ridgefield Road, Wilton, CT 06897.

**INSTRUCTIONS AND DEFINITIONS**

1.   Plaintiff incorporates by reference Rules 9 and 39 of the Local Rules of the United States District Court for the District of Connecticut, including specifically each of

the definitions contained therein. The discovery requests shall be deemed continuing so as to require correction or supplementation as provided by Rule 26 of the Federal Rules of Civil Procedure.

2. The "South Parcel" refers to the approximately 155-acre tract located to the south of Bennett's Farm Road that is the subject of this action.

3. The term "defendants" means the defendants in this action and their officers, directors, members, employees, partners, corporate parent, subsidiaries or affiliates, agents, representatives and attorneys.

4. "Planning & Zoning" means the members of the Planning and Zoning Commission of Ridgefield, the Town Planner, the Zoning Enforcement Officer and their agents, representatives and attorneys.

5. The "Regulations means the current Town of Ridgefield, Connecticut Zoning Regulations.

6. The "New Regulations" means the Town of Ridgefield, Connecticut Zoning Regulations adopted March 20, 2007 effective May 1, 2007, including but not limited to the process by which the New Regulations were promulgated and adopted.

7. The "South Parcel" refers to the approximately 155-acre tract located to the south of Bennett's Farm Road that is the subject of this action.

8. "Defendants" means the defendants in this action and their officers, directors, employees, partners, corporate parent, subsidiaries or affiliates, agents, representatives and attorneys.

2

9. "Planimetrics" means Planimetrics, LLP and its principals, officers, directors, employees, partners, corporate parent subsidiaries or affiliates, agents and representatives.

10. "CDD" means the Corporate Development District in Ridgefield.

## REQUESTS

1. All documents and all communications of Planning and Zoning (or its staff), or between Planning and Zoning (or its staff) and any other person (including Planimetrics and the Defendants in this action) concerning the Regulations or the New Regulations, including the development and adoption of the New Regulations, to the extent they concern (a) affordable housing or (b) the CDD, including but not limited to residential uses in that district.

2. All documents prepared by Planimetrics or Planning and Zoning concerning the New Regulations or the development and adoption of the New Regulations, to the extent they concern (a) affordable housing or (b) the CDD, including but not limited to residential uses in that district.

3. All documents and all communications concerning any possible or actual changes to Section 410.G.2. (g) of the Regulations, including but not limited to the deletion of the following sentence from Section 410.G.2. (g) of the Regulations, concerning accredited institutions of higher learning: "Facilities for accredited institutions of higher learning may include student dormitories and residences for executive and professional staff."

3

4. All documents and all communications concerning whether the CDD is an industrial zone under the Regulations or New Regulations.

5. All documents and all communications concerning whether residential uses are permitted in the CDD in the New Regulations or the Regulations.

6. All documents and all communications concerning whether affordable housing applications under Conn. Gen. Stat. §8-30(g) are permitted for properties in the CDD under the New Regulations.

7. All documents and all communications including without limitation reports, studies, data, tests, analyses, plans, or other things drafted, prepared, reviewed, considered, relied upon or otherwise utilized by Planning and Zoning in connection with the New Regulations or changes to the Regulations to the extent they concern affordable housing or the CDD zone.

8. All documents and all communications, including without limitation reports, studies, data, tests, analyses, plans or other things reviewed, considered or relied upon by Planning and Zoning concerning any investigation or consideration of affordable housing or the need for affordable housing in Ridgefield, or options, ideas or plans for affordable housing or fulfilling the need for affordable housing in Ridgefield.

9. All documents written by, or communications between or among, any members of Planning and Zoning or its staff regarding affordable housing and the CDD as it pertains to the Regulations and the New Regulations.

10. Any file of any member of Planning and Zoning or the Town Planner to the extent it contains documents concerning affordable housing or the CDD as it pertains to the Regulations or the New Regulations.

4

11. All documents or communications to or from the Ridgefield Open Space Association (ROSA) regarding affordable housing, the CDD, Plaintiff or the South Parcel.

12. To the extent not previously produced, all documents and all communications by, to or from any of the Defendants regarding affordable housing, the CDD, Plaintiff or the South Parcel to the extent they involve the Regulations or the New Regulations.

13. To the extent not previously produced, all documents and all communications concerning (1) the South Parcel and (2) uses or potential uses of that parcel under the Regulations and New Regulations.

.

THE PLAINTIFF,

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

5

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by email and United States first class mail, postage prepaid this 25th day of May, 2007 to the following:

Stewart I Edelstein, Esq.
Monte Frank, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel.: (203) 368-0211
Fax: (203) 394-9901

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.