UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC, | : CIVIL ACTION NO. 302 CV 356 (DJS) |
| *Plaintiff*, | : |
| V. | : |
| TOWN OF RIDGEFIELD, ET AL | : |
| *Defendants.* | : JUNE 18, 2007 |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), the Defendant. Planning and Zoning Commission of Ridgefield, hereby moves to dismiss the Fourth Count of Plaintiff's Second Amended Complaint dated May 24, 2007, for lack of subject matter jurisdiction. The Defendant Commission files the attached Memorandum of Law in support of its Motion to Dismiss.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
PLANNING AND ZONING COMMISSION
OF THE TOWN OF RIDGEFIELD

/s/ Thomas W. Beecher
Thomas W. Beecher (11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
lgoldstein@chgjtlaw.com
jgaramella@chgjtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2007** a copy of foregoing **Defendant's Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stewart I. Edelstein, Esq.
Jonathan S. Bowman, Esq.
Monte E. Frank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 337-4135
Facsimile : (203) 394-9901
sedelstein@cohenandwolf.com

Michael Peter Kaelin, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4106
mkaelin@cl-law.com

Ari J. Hoffman, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile : (203) 394-9901
ahoffman@cohenandwolf.com

Matthew C. Mason, Esq.
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Telephone: (203)762-9000 x323
Facsimile : (203) 834-1628
Facsimile : (203) 708-3805
mmason@gregoryandadams.com


/s/Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
E-mail: tbeecher@chgjtlaw.com