UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC, | : CIVIL ACTION NO. 302 CV 356 (DJS) |
| *Plaintiff,* | : |
| V. | : |
| TOWN OF RIDGEFIELD, ET AL | : |
| *Defendants.* | : JUNE 18, 2007 |

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS

**I.   PRELIMINARY STATEMENT**

The Defendant, Planning and Zoning Commission of the Town of Ridgefield, hereby files this Memorandum of Law in Support of its Motion to Dismiss the Fourth Count of Plaintiff's Second Amended Complaint dated May 24, 2007, pursuant to Fed. R. Civ. P. 12(b)(1). As more fully set forth below, the Fourth Count should be dismissed because it is moot.

**II, III.A and III.B.**

The Defendant, Planning and Zoning Commission of the Town of Ridgefield, hereby adopts and incorporates by reference as if fully set forth herein, Sections II, III.A and III.B of the

Co-Defendants' Memorandum of Law In Support of Motion To Dismiss filed on or about June 11, 2007 with this Court.

As for section III.C of the Co-Defendants' Memorandum of Law in Support of their Motion to Dismiss, the Defendant Commission has not had an affordable housing application filed with it subsequent to the adoption of the new regulations for property located within the Corporate Development District ("CDD") Zone and, accordingly, has not had an opportunity to take any formal position on the exclusive industrial zone exemption issue.

## IV. CONCLUSION

For the reasons, the Defendant Planning and Zoning Commission respectfully request that this Court dismiss the Fourth Count of Plaintiff's Second Amended Complaint.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
PLANNING AND ZONING COMMISSION
OF THE TOWN OF RIDGEFIELD

/s/ Thomas W. Beecher
Thomas W. Beecher (11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT  06810
Telephone:  (203) 744-2150
Facsimile:  (203) 791-1126
lgoldstein@chgjtlaw.com
jgaramella@chgjtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2007** a copy of foregoing **Defendant's Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stewart I. Edelstein, Esq.
Jonathan S. Bowman, Esq.
Monte E. Frank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 337-4135
Facsimile : (203) 394-9901
sedelstein@cohenandwolf.com

Michael Peter Kaelin, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4106
Facsimile : (203) 708-3805
mkaelin@cl-law.com

Ari J. Hoffman, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile : (203) 394-9901
ahoffman@cohenandwolf.com

Matthew C. Mason, Esq.
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Telephone: (203)762-9000 x323
Facsimile : (203) 834-1628
mmason@gregoryandadams.com


/s/Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
E-mail: tbeecher@chgjtlaw.com