UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
:
EUREKA V LLC,                               :
:
                Plaintiff,        :   CIVIL NO.
                                  :   3: 02 CV 356 (DJS)
:
     VS.                          :
:
THE TOWN OF RIDGEFIELD, THE BOARD            :
OF SELECTMEN OF THE TOWN OF                  :
RIDGEFIELD, THE BOARD OF FINANCE OF          :
THE TOWN OF RIDGEFIELD, THE                  :
ECONOMIC DEVELOPMENT COMMISSION              :
OF THE TOWN OF RIDGEFIELD, THE               :
BENNETT'S FARM DEVELOPMENT                   :
AUTHORITY, BARBARA SERFILIPPI, IN            :
HER OFFICIAL CAPACITY AS THE TOWN            :
CLERK OF THE TOWN OF RIDGEFIELD, and         :
THE PLANNING AND ZONING COMMISSION           :
OF THE TOWN OF RIDGEFIELD,                   :
:
                Defendants.       :
                                  :   June 28, 2007
------------------------------x

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANT PLANNING AND ZONING COMMISSION'S
<u>MOTION TO DISMISS</u>**

     Plaintiff Eureka V LLC submits this memorandum of law in opposition to the Defendant's Motion to Dismiss, dated June 18, 2007, made by defendant The Planning and Zoning Commission of the Town of Ridgefield (the "Commission"), in which the Commission joins in the brief of its co-defendants that the Fourth Count is moot.

     Plaintiff incorporates by reference Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated June 28, 2007, pages 1 through 8 through and including Section I. A of the Argument.

## CONCLUSION

For these reasons, the Defendant's motion to dismiss should be denied.

                THE PLAINTIFF

By:    /s/ Matthew C. Mason
         Matthew C. Mason (ct 15291)
         Gregory and Adams, P.C.
         190 Old Ridgefield Road
         Wilton, CT 06897
         (203) 762-9000 (Tel.)
         (203) 834-1628 (Fax)
         mmason@gregoryandadams.com

## CERTIFICATION

I certify that on June 28, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

         /s/ Matthew C. Mason
         Matthew C. Mason (ct15291)
         Gregory and Adams, P.C.
         190 Old Ridgefield Rd.
         Wilton, CT 06897
         (203) 762-9000
         Fax: (203) 834-1628
         E-mail: mmason@gregoryandadams.com