UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC, | : CIVIL ACTION NO. 302 CV 356 (DJS) |
| *Plaintiff,* | : |
| V. | : |
| TOWN OF RIDGEFIELD, ET AL | : |
| *Defendants.* | : JULY 12, 2007 |

## DEFENDANT PLANNING AND ZONING COMMISSION OF RIDGEFIELD'S REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

The Plaintiff asserts in its Memorandum of Law in Opposition to the Town Defendants' and the Commission's Motions to Dismiss that the Defendant Planning and Zoning Commission "expressly refused to join that view" of the Town Defendants that the change in the Corporate Development District (CDD) regulations did not preclude an affordable housing application. As of the time that the Defendant Commission filed its Motion to Dismiss, the Commission had not had an opportunity to take a formal position on the issue. No application for an affordable housing project for property located in the CDD zone has ever been submitted to the Commission subsequent to the May 1, 2007 effective date of the revisions to the CDD zone regulations. The Plaintiff, however, claimed in its Memorandum of Law that the Commission

"refused" to articulate a position on this issue and, indeed, the Plaintiff has challenged the Commission to do so. (Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, p. 7)

Eureka V LLC has filed an administrative appeal in Connecticut Superior Court challenging the adoption of the revisions to the CDD zone regulations. (See Ex. A) In accordance with scheduling orders issued by the Court pertaining to that appeal, the Commission is required to file an answer to that appeal on or before August 6, 2007. In paragraph 12 of the appeal, the Plaintiff alleges: "By eliminating the specified residential uses from the CDD zone in which the Plaintiff's Property is located, the Commission has acted in bad faith and for the improper and unlawful purpose of precluding future applications for affordable housing on the Property."

At a regular meeting of the Defendant Commission held on July 3, 2007, the Commission unanimously, pursuant to a 9-0 vote, adopted the following motion:

> *"The Ridgefield Planning and Zoning Commission hereby stipulates, and states for the public record, that the Corporate Development District (CDD) Zone Regulation, §5.5 of the Ridgefield Zoning Regulations, which became effective on May 1, 2007, and any property located within that zone, are not subject to the industrial use exemption set forth in the affordable housing statute, Conn. Gen. Stat. §8-30g(g)(2)(A) and (B)."* (See Ex. C, p. 7)

As a result of that official statement, the Commission authorized the answer to the above-cited paragraph 12 of the administrative appeal in Connecticut Superior Court. In that answer to paragraph 12, the Commission states: "The Commission denies that the elimination of specified residential uses from the CDD Zone Regulation precludes an affordable housing application pertaining to the Property and denies the balance of the allegations in paragraph 12." (See Answer of the Defendant Commission attached hereto as Ex. B)  Furthermore, in the answer to paragraph 14 of the administrative appeal, the Commission states, in part, that it "denies that the elimination of specified residential uses in the revised CDD Zone Regulation precludes or seeks to preclude an application for affordable housing pertaining to the Plaintiff's Property in the CDD Zone or to discriminate against families with school-age children." (See Ex. B)  The Commission makes a similar statement in response to the allegations of paragraph 15. (Id.)

In accordance with the above, the Defendant Commission now <u>does</u> join and concur with the Town Defendants' position set forth in their Motion to Dismiss and in section 3.C of their Memorandum of Law in Support of their Motion to Dismiss wherein they assert that the Fourth Count should be dismissed, pursuant to Rule 12b(6), because it fails to state a claim upon which relief can be granted because the revisions to the CDD zone regulations do not preclude an affordable housing application for property situated in that zone. The Commission has stated that the revised CDD zone regulation is not subject to the industrial use exemption set forth in

the Affordable Housing Statute. In its answer filed with the Court in the administrative appeal, a judicial admission, the Commission has denied that the revised CDD zone regulation precludes an affordable housing project in the CDD zone. (See discussion supra and Ex. B)

Accordingly, the Defendant Commission adopts and incorporates by reference, as if fully set forth herein, the legal arguments set forth in section 3.C of the Town Defendants' Memorandum of Law in Support of their Motion to Dismiss.

For the foregoing reasons, the Fourth Count of the Complaint should be dismissed for lack of subject matter jurisdiction and because it fails to state a claim upon which relief can be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
PLANNING AND ZONING COMMISSION
OF THE TOWN OF RIDGEFIELD

/s/ Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
lgoldstein@chgjtlaw.com
jgaramella@chgjtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 12, 2007** a copy of foregoing **Defendant Planning and Zoning Commission of Ridgefield's Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stewart I. Edelstein, Esq.
Jonathan S. Bowman, Esq.
Monte E. Frank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 337-4135
Facsimile : (203) 394-9901
sedelstein@cohenandwolf.com

Michael Peter Kaelin, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4106
Facsimile : (203) 708-3805
mkaelin@cl-law.com

Ari J. Hoffman, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile : (203) 394-9901
ahoffman@cohenandwolf.com

Matthew C. Mason, Esq.
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Telephone: (203)762-9000 x323
Facsimile : (203) 834-1628
mmason@gregoryandadams.com


/s/Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
E-mail: tbeecher@chgjtlaw.com