UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ x
: 
EUREKA V LLC, :
:
              Plaintiff, :   CIVIL NO.
:   3: 02 CV 356 (DJS)
:
              VS. :
:
THE TOWN OF RIDGEFIELD, THE BOARD :
OF SELECTMEN OF THE TOWN OF :
RIDGEFIELD, THE BOARD OF FINANCE OF :
THE TOWN OF RIDGEFIELD, THE :
ECONOMIC DEVELOPMENT COMMISSION :
OF THE TOWN OF RIDGEFIELD, THE :
BENNETT'S FARM DEVELOPMENT :
AUTHORITY, BARBARA SERFILIPPI, IN :
HER OFFICIAL CAPACITY AS THE TOWN :
CLERK OF THE TOWN OF RIDGEFIELD, and :
THE PLANNING AND ZONING COMMISSION :
OF THE TOWN OF RIDGEFIELD, :
:
              Defendants. :
:   July 17, 2007
------------------------------ x

**PLAINTIFF'S MOTION TO FILE SUR-REPLY BRIEF IN RESPONSE TO DEFENDANT PLANNING AND ZONING COMMISSION OF RIDGEFIELD'S REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS**

    Plaintiff Eureka V LLC hereby moves the Court for permission to file a sur-reply brief in response to Defendant Planning and Zoning Commission of Ridgefield's Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss, dated July 12, 2007 (the "Reply"), and in support of the motion states as follows:

    1.    On May 23, 2007 the Court granted Eureka's Motion to Supplement and Amend First Amended Verified Complaint allowing Eureka to file a Second Amended

Complaint and add the Planning and Zoning Commission of the Town of Ridgefield (the "Commission") as a Defendant.

2. On May 24, 2007 the Commission was served with the Summons and Complaint.

3. On June 11, 2007 the Commission filed a motion for extension of time to respond to Plaintiff's Second Amended Complaint.

4. On June 12, 2007 the Court granted the Commission's motion for extension of time until June 18, 2007 to respond to Eureka's Second Amended Complaint.

5. Defendants The Town of Ridgefield, The Board of Selectmen of the Town of Ridgefield, The Board of Finance of the Town of Ridgefield, et al (the "Town Defendants") filed their motion to dismiss on June 11, 2007 on the grounds the Plaintiff's Fourth Count (i) was moot and (ii) failed to state a claim.

6. The Commission filed its Motion to Dismiss on June 18, 2007 on the sole ground that the Plaintiff's Fourth Count was moot. The Commission expressly declined to join in the Town Defendants' motion to dismiss for failure to state a claim upon which relief can be granted.

7. Plaintiff's Memorandum of Law in Opposition to the Town Defendants' Motion to Dismiss and Plaintiff's Memorandum of Law in Opposition to the Commission's Motion to Dismiss were filed on June 28, 2007.

8. The Reply was filed July 12, 2007 (the "Reply").

9. In the Reply the Commission now purports to join in the Town Defendants' Motion to Dismiss for failure to state a claim (Reply at 3-4). Thus, the

Commission is attempting not just to add new arguments, but entirely new grounds for its motion to dismiss in clear violation of Rule 12 of the Federal Rules of Civil Procedure and Local Rule 7(d).  Put differently, the Commission effectively seeks to amend its motion to dismiss without even asking the Court for permission to do so.  The Commission also improperly bases its "Reply" on events that have occurred after the filing of its motion and after the filing of Plaintiff's briefs in opposition to the Defendants' motions to dismiss the complaint.

10.    In the event the Court does consider this new ground for the Commission's motion to dismiss, the Commission's litigation driven position, taken after five meetings in executive session, does not mean that Plaintiff has failed to state a claim or address the   Plaintiff's claim which includes allegations addressed to the Commission's intent in deleting the specified residential uses from the CDD zone -- the very language Eureka had previously identified to the Commission as authorizing it to make an affordable housing application under Conn. Gen. Stat. 8-30g under the prior regulations.

11.    Eureka requests permission to file a sur-reply memorandum to briefly address these issues.

WHEREFORE, Plaintiff requests that its Motion to File a Sur-Reply be granted.

THE PLAINTIFF,

By: /s/ Matthew C. Mason
   Matthew C. Mason (ct 15291)
   Gregory and Adams, P.C.
   190 Old Ridgefield Road
   Wilton, CT 06897
   (203) 762-9000 (Tel.)
   (203) 834-1628 (Fax)
   mmason@gregoryandadams.com

**CERTIFICATION**

I certify that on July 17, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com