**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUREKA V LLC | : | CIVIL CASE NO: |
| | : | 302 CV 356 (DJS) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, ET AL | : | |
| | : | |
| Defendants. | : | AUGUST 16, 2007 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' SECOND SET OF INTERROGATORIES**
**AND REQUESTS FOR PRODUCTION**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff hereby requests an extension of time from August 16, 2007 to and including August 24, 2007 to respond to Defendants' Second Set of Interrogatories and Requests for Production, dated July 17, 2007. This is the first motion for extension of time filed by Plaintiff with respect to the time to respond to Defendants' Second Set of Interrogatories and Requests for Production.

Despite diligent efforts, Plaintiff's counsel has been unable to ascertain opposing counsel's position.

WHEREFORE, Plaintiff respectfully moves that the Court extend to and including August 24, 2007, the time for Plaintiff to respond to Defendants' Second Set of Interrogatories and Requests for Production.

THE PLAINTIFF


By:     /s/ Matthew C. Mason
        Matthew C. Mason, Esq.
        Fed. Bar No. ct 15291
        Gregory and Adams, P.C.
        190 Old Ridgefield Road
        Wilton, CT 06897
        Tele: (203) 762-9000
        Fax:  (203) 834-1628
        E-mail: mmason@gregoryandadams.com


**<u>CERTIFICATION</u>**

I certify that on  August 16, 2007 a copy of the foregoing was filed electronically.  Notice

of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.


/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com