UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x

| | | |
|---|---|---|
| EUREKA V LLC, | : | |
|             Plaintiff, | : | Civil Action No. |
| | : | |
| | : | 3 02 CV 356 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, THE BOARD OF | : | |
| SELECTMEN OF THE TOWN OF RIDGEFIELD, | : | |
| THE BOARD OF FINANCE OF THE TOWN OF | : | |
| RIDGEFIELD, THE ECONOMIC DEVELOPMENT | : | |
| COMMISSION OF THE TOWN OF RIDGEFIELD, | : | |
| THE BENNETT'S FARM DEVELOPMENT | : | |
| AUTHORITY, and BARBARA SERFILIPPI, IN | : | |
| HER OFFICIAL CAPACITY AS THE TOWN | : | |
| CLERK OF THE TOWN OF RIDGEFIELD, | : | |
| PLANNING AND ZONING COMMISSION OF | : | |
| THE TOWN OF RIDGEFIELD | : | |
| | : | |
|             Defendants. | : | AUGUST 23, 2007 |

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), The Town of Ridgefield, The Board of Selectmen of

the Town of Ridgefield, The Board of Finance of the Town of Ridgefield, The Economic

Development Commission of the Town of Ridgefield, The Bennett's Farm Development

Authority, Barbara Serfilippi, in her official capacity as the Town Clerk of the Town of

Ridgefield ("the Town Defendants"), and the Planning and Zoning Commission of the

Town of Ridgefield (collectively "the Moving Defendants") hereby move for an extension

of time to complete discovery until 90 days after the court rules on their pending Motions

to Dismiss filed June 11, 2007 and June 18, 2007 and the Town Defendants' Objection

to Expert Report and Testimony filed August 20, 2007,  and an extension until the same

date for the Moving Defendants to file a motion for summary judgment, based on the following facts:

1.    The present scheduling order requires that all discovery be completed by August 24, 2007, and that all motions for summary judgment be filed by September 21, 2007.

2.    If the court denies the Moving Defendants' pending Motions to Dismiss, the Moving Defendants must complete discovery on Plaintiff's new Fourth Count. The Defendants recently served written discovery on the Plaintiff. The Plaintiff sought and obtained an extension to respond to that written discovery to August 24, 2007.

3.    If the court denies the Town Defendants' pending Objection to Expert Report and Testimony, pertaining to Plaintiff's disclosure on July 25, 2007 of Dr. Walter Dolde as a testifying expert, Defendants will be required to take Dr. Dolde's deposition and will likely be required to retain an expert to testify in response to Dr. Dolde's testimony.

4.    It would be a waste of the Moving Defendants' resources to complete discovery as to Plaintiff's Fourth Count and as to Dr. Dolde's testimony, and to retain an expert to testify in response to Dr. Dolde's testimony, unless the court denies the Moving Defendants' Motions to Dismiss and overrules the Town Defendants' Objection to Expert Report and Testimony. In addition, the Defendants require responses to their written discovery, now due on August 24, 2007, to be in a position to determine what additional discovery is needed.

5.    The Moving Defendants will require 90 days to conduct the necessary discovery if the court denies their Motions to Dismiss and overrules the Objection to Expert Report and Testimony.

2

6.     Until the court rules on the pending Motions to Dismiss, it would be a waste of

the Moving Defendants' resources, and premature to file a motion for summary

judgment.

The Planning and Zoning Commission of the Town of Ridgefield joins in this

motion.

Counsel for the Town Defendants has inquired of Matthew Mason, counsel for

Eureka V, LLC, whether there is agreement or objection to this motion.  On August 21,

2007, Mr. Mason advised counsel for the Town Defendants that his client objects to this

motion.

This is the Moving Defendants' first motion for extension of time addressed to the

subject matter of this motion.

THE TOWN OF RIDGEFIELD, THE BOARD OF
SELECTMEN OF THE TOWN OF RIDGEFIELD,
THE BOARD OF FINANCE OF THE TOWN OF
RIDGEFIELD, THE ECONOMIC DEVELOPMENT
COMMISSION OF THE TOWN OF RIDGEFIELD,
THE BENNETT'S FARM DEVELOPMENT
AUTHORITY, and BARBARA SERFILIPPI, IN HER
OFFICIAL CAPACITY AS THE TOWN CLERK OF
THE TOWN OF RIDGEFIELD

By:_____

Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

PLANNING AND ZONING COMMISSION OF
THE TOWN OF RIDGEFIELD

By: _____
Thomas W. Beecher, Esq. (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deerhill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
tbeecher@chgjtlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 23, 2007, a copy of Defendant's Motion for

Extension of Time dated August 23, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-

mail to all parties by operation of the Court's electronic filing system and by mail to any

parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through

the Court's system.

_____
Stewart I. Edelstein

4