UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
EUREKA V LLC,                 :
                              :
            Plaintiff,        :    CIVIL NO.
                              :    3: 02 CV 356 (DJS)
     VS.                      :
                              :
THE TOWN OF RIDGEFIELD, et al,:
                              :
            Defendants.       :
                              :    OCTOBER 2, 2007
------------------------------x

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON CONSENT
### TO RESPOND TO DEFENDANTS' MOTION
### TO EXCLUDE EXPERT REPORT AND TESTIMONY

Plaintiff Eureka V LLC hereby moves for an extension of time of nine days from October 3, 2007 to October 12, 2007 to respond to the Defendants' Motion to Exclude Expert Report and Testimony, dated September 12, 2007. This is the first motion for extension of time filed by Plaintiff with respect to the Motion, and Defendants' counsel, Stewart Edelstein, consents to the motion.

WHEREFORE, Plaintiff respectfully moves that the Court extend to and including October 12, 2007, the time for Plaintiff to respond to Defendants' Motion to Exclude Expert Report and Testimony.

                              THE PLAINTIFF

                    By:   /s/ Matthew C. Mason
                          Matthew C. Mason, Esq.
                          Fed. Bar No. ct 15291
                          Gregory and Adams, P.C.
                          190 Old Ridgefield Road
                          Wilton, CT 06897
                          Tele: (203) 762-9000 * Fax: (203) 834-1628
                          E-mail: mmason@gregoryandadams.com

## CERTIFICATION

I certify that on October 2, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com