UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x

EUREKA V LLC,                                     :
                        Plaintiff,                :          Civil Action No.
                                                  :
                                                  :          3:02 CV 356 (DJS)
                                                  :
VS.                                               :
                                                  :
THE TOWN OF RIDGEFIELD, ET AL.                    :
                                                  :
            Defendants.                           :          NOVEMBER 2, 2007

**FIRST MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

Pursuant to Local Rule 7(b), Defendants The Town of Ridgefield, The Board of

Selectmen of the Town of Ridgefield, The Board of Finance of the Town of Ridgefield,

The Economic Development Commission of the Town of Ridgefield, The Bennett's Farm

Development Authority, and Barbara Serfilippi, in her official capacity as the Town

Clerk of the Town of Ridgefield (the "Moving Defendants")  hereby move for an eight

day extension of time, until November 8, 2007, for all Defendants, including Defendant

Ridgefield Planning & Zoning Commission, to file a motion addressed to Plaintiff's

Third Amended Complaint served on October 17, 2007.  Counsel require this extension

of time to enable Defendants sufficient time to review and analyze the Third Amended

Complaint, and to respond to it.

The undersigned has inquired of Matthew Mason, counsel for Plaintiff, whether he objects to this motion.  On November 2, 2007, Mr. Mason advised the undersigned that he has no objection to this motion.

This is the Moving Defendants' first motion for extension of time addressed to the Third Amended Complaint.

THE DEFENDANTS,
THE TOWN OF RIDGEFIELD, THE
ECONOMIC DEVELOPMENT
COMMISSION OF THE TOWN OF
RIDGEFIELD, THE BENNET'S FARM
DEVELOPMENT AUTHORITY, AND
BARBARA SERFILIPPI, IN HER
OFFICIAL CAPACITY AS THE TOWN
CLERK OF THE TOWN OF
RIDGEFIELD

By:_____
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

2

## CERTIFICATION OF SERVICE

I hereby certify that on November 2, 2007, a copy of Defendants' Motion for Extension of Time Nunc Pro Tunc dated November 2, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

_____
Stewart I. Edelstein