AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of     Connecticut

Eureka V LLC,
                *Plaintiff(s)*

VS.

The Town of Ridgefield, et al,
                *Defendant(s)*

**APPEARANCE**

CIVIL ACTION NO. 3:02 cv 356 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Town of Ridgefield, The Economic Development Commission of The Town of Ridgefield, The Bennett's Farm Development Authority, and Barbara Serfilippi, in her official capacity as the Town Clerk of The Town of Ridgefield

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 2, 2007<br>Date | *Barbara M. Schellenberg*<br>Signature |
| | Barbara M. Schellenberg, Esq.    ct02400<br>Print Name    Bar Number |
| | COHEN AND WOLF, P.C.<br>1115 Broad Street, P.O. Box 1821<br>Address |
| | Bridgeport    CT    06601-1821<br>City    State    Zip Code |
| | (203) 368-0211    (203) 394-9901<br>Phone Number    Fax Number |
| | E-Mail: bschellenberg@cohenandwolf.com |

## CERTIFICATION OF SERVICE

I hereby certify that on November 2, 2007, a copy of the foregoing Appearance was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

*Barbara M. Schellenberg*
Barbara M. Schellenberg