# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3:02 CV 356 (DJS) |
| VS. | : | |
| THE TOWN OF RIDGEFIELD, et al. | : | |
| Defendants. | : | NOVEMBER 5, 2007 |

### AFFIDAVIT OF BETTY BROSIUS

STATE OF CONNECTICUT :
: ss: Ridgefield
COUNTY OF FAIRFIELD :

The undersigned, being duly sworn, does hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I make this affidavit in support of Defendants' Motion to Dismiss in the above captioned action.

3. I am employed as Director of Planning for the Town of Ridgefield ("Ridgefield").

4. In my capacity as Director of Planning for Ridgefield I am fully familiar with the functioning of the Planning and Zoning Commission of Ridgefield (the "Commission").

5. On March 20, 2007, the Commission adopted numerous and significant changes and amendments to its zoning regulations (the "Amendments"). The Amendments included the elimination of certain language identifying specified residential uses associated with institutions of higher learning in the Corporate Development District (the "CDD") zone.

6. The Amendments became effective on May 1, 2007.

7. On April 25, 2007, Plaintiff filed an application with the Commission (the "Application"). The Application included: 1) an Application for Text Change to add a Housing Opportunity District (the "HOD") to Ridgefield's zoning regulations; 2) an Application for Zone Change to rezone 153+ acres from the CDD to the HOD; 3) an Application to Amend the Ridgefield Plan of Conservation and Development as needed, to support the zone and text change; and 4) a Conceptual Plan for 509 dwelling units, with 30% designated as "affordable" pursuant to Connecticut General Statutes Section 8-30g. Specifically, the Application states that 15% of the units in the development shall be offered to families whose income is less than or equal to 60% of the area or state wide median income whichever is less, and that 15% of the units in the development shall be offered to families whose income is greater than 60% but less than or equal to 80% of the area or state wide median income, whichever is less.

8. At the July 3, 2007 Commission meeting, the Commission unanimously adopted the following Official Statement:

> The Ridgefield Planning and Zoning Commission hereby stipulates, and states for the public record, that the Corporate Development District (CDD) Zone regulation, section 5.5 of the Ridgefield Zoning Regulations, which became effective on May 1, 2007, and any property located within that zone, are not subject to the industrial use exemption set forth in the Affordable Housing Statute, Connecticut General Statutes Section 8-30g(g)(2)(A) and (B).

*Betty Brosius*
Betty Brosius

2

Subscribed and sworn to before me this 5th day of November, 2007.

_____
Barbara C. Serfilippi
Notary Public

My Commission expires: 5/31/2010

BARBARA C. SERFILIPPI
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2010

3