UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC | : CIVIL ACTION NO: |
| Plaintiff, | : 3:02 CV 356 (DJS) |
| VS. | : |
| THE TOWN OF RIDGEFIELD, ET AL. | : |
| Defendants. | : NOVEMBER 7, 2007 |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants hereby move to dismiss the Fourth Count of Plaintiff's Third Amended Complaint filed on October 17, 2007, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. Defendants file the attached Memorandum of Law and Affidavit of Betty Brosius in support of their Motion to Dismiss.

THE DEFENDANTS,
THE TOWN OF RIDGEFIELD, THE
ECONOMIC DEVELOPMENT
COMMISSION OF THE TOWN OF
RIDGEFIELD, THE BENNET'S FARM
DEVELOPMENT AUTHORITY, AND
BARBARA SERFILIPPI, IN HER
OFFICIAL CAPACITY AS THE TOWN
CLERK OF THE TOWN OF RIDGEFIELD

By:   *Barbara M. Schellenberg*
Stewart I. Edelstein, Esq. (ct06021)
Monte E. Frank, Esq. (ct13666)
Barbara M. Schellenberg, Esq. (ct02400)
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT  06604
Tel:  203/368-0211
Fax: 203/576-8504
sedelstein@cohenandwolf.com
mfrank@cohenandwolf.com
bschellenberg@cohenandwolf.com


THE DEFENDANT,
RIDGEFIELD PLANNING AND
ZONING COMMISSION


By:    /s/ Thomas W. Beecher
Thomas W. Beecher, Esq. (ct301715)
Collins, Hannafin, Garamella, Jaber,
& Tuozzolo, P.C.
148 Deer Hill Avenue
Danbury, CT  06810
Tel:  203/744-2150
Fax: 203/791-1126
tbeecher@chgjtlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 7, 2007, a copy of Defendants' Motion to Dismiss dated November 7, 2007, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

*Barbara M. Schellenberg*
Barbara M. Schellenberg