## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUREKA V LLC | : | CIVIL CASE NO: |
| | : | 302 CV 356 (DJS) |
| Plaintiff, | : | |
| | . | |
| VS. | : | |
| | : | |
| THE TOWN OF RIDGEFIELD, ET AL | : | |
| | : | |
| Defendants. | : | NOVEMBER 27, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff hereby requests an extension of time from November 29, 2007 to and including December 14, 2007 to respond to Motion to Dismiss by Planning and Zoning Commission of the Town of Ridgefield, Town of Ridgefield, Board of Selectmen of Town of Ridgefield, Board of Finance of Town of Ridgefield, Economic Development Commission of Town of Ridgefield, Bennett's Farm Development Authority, Barbara Serfilippi dated November 8, 2007. Additional time is required to fully evaluate the Defendants' motion in light of counsel's other commitments. This is the first motion for extension of time filed by Plaintiff with respect to the time to respond to Defendants' Motion to Dismiss.

Plaintiff's counsel has contacted opposing counsel, Stewart Edelstein and Thomas Beecher, and they have no objection to this motion.

WHEREFORE, Plaintiff respectfully moves that the Court extend to and including December 14, 2007 the time for Plaintiff to respond to Defendants' Motion to Dismiss.

THE PLAINTIFF

By: /s/ Matthew C. Mason
Matthew C. Mason, Esq.
Fed. Bar No. ct 15291
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
Tele: (203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com

**CERTIFICATION**

I certify that on November 27, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew C. Mason
Matthew C. Mason (ct15291)
Gregory and Adams, P.C.
190 Old Ridgefield Rd.
Wilton, CT 06897
(203) 762-9000
Fax: (203) 834-1628
E-mail: mmason@gregoryandadams.com