UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x

| | |
|---|---|
| EUREKA V LLC, | : |
|            Plaintiff, | : Civil Action No. |
| | : |
| | : 3:02-CV-356 (DJS) |
| VS. | : |
| | : |
| THE TOWN OF RIDGEFIELD, THE BOARD OF | : |
| SELECTMEN OF THE TOWN OF RIDGEFIELD, | : |
| THE BOARD OF FINANCE OF THE TOWN OF | : |
| RIDGEFIELD, THE ECONOMIC DEVELOPMENT | : |
| COMMISSION OF THE TOWN OF RIDGEFIELD, | : |
| THE BENNETT'S FARM DEVELOPMENT | : |
| AUTHORITY, and BARBARA SERFILIPPI, IN | : |
| HER OFFICIAL CAPACITY AS THE TOWN | : |
| CLERK OF THE TOWN OF RIDGEFIELD, | : |
| PLANNING AND ZONING COMMISSION | : |
| OF THE TOWN OF RIDGEFIELD | : |
| | : |
|            Defendants. | : DECEMBER 20, 2007 |

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), The Town of Ridgefield, The Board of Selectmen of the Town of Ridgefield, The Board of Finance of the Town of Ridgefield, The Economic Development Commission of the Town of Ridgefield, The Bennett's Farm Development Authority, Barbara Serfilippi, in her official capacity as the Town Clerk of the Town of Ridgefield ("the Town Defendants"), and the Planning and Zoning Commission of the

Town of Ridgefield (collectively "the Moving Defendants") hereby move for an extension of time from December 24, 2007 to and including January 4, 2008, to Reply to the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss. Additional time is necessary to fully evaluate the Plaintiff's Memorandum of Law and due to the holiday/vacation schedules of counsel for the Defendants.

On December 19, 2007, Matthew Mason, counsel for Eureka V, LLC, stated that he has no objection to this motion.

This is the Moving Defendants' first motion for extension of time addressed to the subject matter of this motion.

THE MOVING DEFENDANTS

By: /s/ Stewart I. Edelstein
Stewart I. Edelstein, Esq. (ct06021)
Jonathan S. Bowman, Esq. (ct 08526)
Monte E. Frank, Esq. (ct 13666)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-576-8504
sedelstein@cohenandwolf.com

By: /s/ Thomas W. Beecher
Thomas W. Beecher, Esq. (ct11397)
COLLINS, HANNAFIN, GARAMELLA,
JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
tbeecher@chgjtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2007**, a copy of foregoing **Defendants' Joint Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stewart I. Edelstein, Esq.
Jonathan S. Bowman, Esq.
Monte E. Frank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 337-4135
Facsimile : (203) 394-9901
sedelstein@cohenandwolf.com

Michael Peter Kaelin, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone:(203) 351-4106
Facsimile : (203) 708-3805
mkaelin@cl-law.com

Ari J. Hoffman, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile : (203) 394-9901
ahoffman@cohenandwolf.com

Matthew C. Mason, Esq.
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Telephone: (203)762-9000 x323
Facsimile : (203) 834-1628
mmason@gregoryandadams.com

/s/Thomas W. Beecher
Thomas W. Beecher (ct11397)
COLLINS, HANNAFIN, GARAMELLA, JABER & TUOZZOLO, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Facsimile: (203) 791-1126
E-mail: tbeecher@chgjtlaw.com