Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 302CV356(DJS)

------------------------------------

EUREKA V LLC,

    Plaintiff

-against-

TOWN OF RIDGEFIELD, THE BOARD OF
SELECTMEN OF THE TOWN OF RIDGEFIELD,
et al.,

    Defendants

------------------------------------

DEPOSITION OF: Betty Brosius
DATE: August 21, 2007
HELD AT: Gregory & Adams, P.C.
        190 Old Ridgefield Road
        Wilton, Connecticut 06897

REPORTER: JESSICA NOBLE, LSR # 402

Betty Brosius                                           August 21, 2007
                              Wilton, CT

```
                                                              Page 7
 1   towards the end of 2004?
 2        A    That's correct.
 3        Q    And culminated in new regulations being
 4   adopted in March of '07, effective May?
 5        A    May 1st, right.
 6        Q    What was your role in the process of the
 7   update and revision of the zoning regulations?
 8        A    I worked with the consultant. I had to send
 9   out requests for proposals to secure a consultant. The
10   commission ultimately picked the consultant among those
11   who responded. And then I worked with my staff,
12   primarily Richard Baldelli, who is the zoning
13   enforcement officer.
14             He and I worked with the consultant, Glen
15   Chalder of Planimetrics, on making suggestions to the
16   revisions to the regulations and then presenting or
17   working with Glen to develop the proposed revisions
18   that were put in front of the Planning and Zoning
19   Commission for their review. The commission at the
20   beginning of the process met, of course, with the
21   consultant and met with him all the way through the
22   process as these regulations were being revised.
23        Q    What was the process by which the regulations
24   were revised?
25        A    Well, the major goal was to make them user
```

Betty Brosius                                           August 21, 2007
                            Wilton, CT

Page 8

1  friendly. The regulations were originally written back
2  in the 1960s. I think that was the last time they were
3  revised to any degree, and they were very confusing to
4  use.
5         There were a lot of cross-references. It was
6  hard to find things when you went looking for
7  particular sections of the regulations. They were very
8  lengthy. They were hard to understand. Conflicting
9  regulations appeared in various sections of the book.
10 So, we tried to consolidate, shorten, simplify, make
11 the regulations easier to understand and easier to use
12 for not only us, but for the general public and for
13 developers.
14     Q   Ms. Brosius, I'd like to show you what's been
15 previously marked as Exhibit 151 and ask you if you
16 have ever seen that before.
17     A   This looks like a portion of the workbook
18 that we would have had during the process.
19     Q   Can you explain what the workbook was?
20     A   Well, the workbook was developed by the
21 planner, the consultant planner, and he would produce
22 sections of the regulations. We worked on business
23 zones, worked on residential zones, worked on process,
24 all these sections separately. This appears to be
25 something kind of in the middle of the process, where

Betty Brosius                                        August 21, 2007
                            Wilton, CT

                                                              Page 10

1   with respect to the corporate development district and
2   permissible uses, on page 92, number five states, and I
3   quote, "Accredited institutions of higher learning.
4   Facilities for accredited institutions of higher
5   learning may include student dormitories and residences
6   for executive and professional staff."  Am I correct
7   that as of June 21st, 2005, the staff had no comments
8   with respect to that provision?
9        A     That's correct.
10       Q     At any point in time, did the staff have any
11  comments with respect to that provision?
12       A     Only in respect to shortening the various
13  sections of the regulations.  We consolidated a lot of
14  things, made the language a lot shorter.
15       Q     So, what specific comment or comments did you
16  have with respect to this provision?
17             MR. BEECHER:  "This provision" meaning?
18             MR. MASON:  Meaning section 410.0.G.2 of
19  five regarding accredited institutions of higher
20  learning.
21             MR. BEECHER:  What time frame?
22             MR. MASON:  That reference was to the
23  prior regulations.
24             MR. BEECHER:  In what time frame?
25             MR. MASON:  Subsequent to June 21st,

Betty Brosius                                            August 21, 2007
                              Wilton, CT

Page 11

1   2005.
2              THE WITNESS: This entire section for a
3   corporate development was, as I said, shortened and
4   consolidated so that I can't specifically reference
5   exactly when a lot of these changes took place, but if
6   you looked at these regulations versus what was
7   ultimately adopted, all of these sections have been
8   shortened.
9              If you look at number six, it talks
10  about accessory uses, so those -- that was entirely --
11  that whole paragraph -- paragraph six was shortened to
12  say "uses accessory to all of the permitted uses."
13  That's a specific example of how this whole section was
14  changed.
15  BY MR. MASON:
16      Q    With respect to section five, what is your
17  recollection of any input you or any other member of
18  the staff provided with respect to shortening or
19  consolidating that section?
20      A    Well, the facilities including dormitories
21  and residences would have been considered an accessory
22  use, so it would have been incorporated into accessory
23  uses.
24      Q    And did you provide that comment or comments
25  to Mr. Chalder?

Betty Brosius                                          August 21, 2007
                              Wilton, CT

                                                               Page 12

1    A    I don't recall.
2    Q    Do you recall providing comments to anyone
3  with respect to section five following June 21st, 2005?
4    A    Only in respect that the goal was to shorten
5  and consolidate and make the entire section shorter and
6  more concise.
7    Q    Okay. So, you don't have any specific
8  recollection with respect to this section but just a
9  general recollection that the objective was to shorten
10 and consolidate?
11   A    That's correct.
12   Q    Do you recall any other member of the staff
13 providing any comments to you or Mr. Chalder or to the
14 commission with respect to section five subsequent to
15 June 21st, 2005?
16   A    No.
17   Q    Do you recall any member of the commission
18 making any comments in any manner with respect to
19 section five following June 21st, 2005?
20   A    No.
21   Q    Do you know who suggested modification of
22 section five?
23   A    Not specifically, no.
24   Q    Do you know who implemented the modifications
25 that were subsequently made?

Betty Brosius                                        August 21, 2007
                            Wilton, CT

                                                              Page 13

1    A    My recollection is the instruction was to
2    shorten and consolidate the regulations, and our
3    consultant planner produced a shortened version of the
4    whole section on corporate development that was
5    ultimately reviewed and adopted by the commission.
6         Q    I'd like to show you what's been previously
7    marked as Plaintiff's Exhibit 153, which is a multipage
8    document from one of Mr. Chalder's binders entitled
9    "Fall 2005, Spring 2006 Ridgefield Comprehensive Update
10   of Zoning Regulations."  I direct your attention to the
11   page towards the back numbered 5-36.  Have you ever
12   seen that document, specifically page 5-36, in that
13   form?  Meaning with those handwritten notations.
14        A    It's not my document.  I know that.
15        Q    Do you recognize the handwriting?
16        A    No, I don't.
17        Q    Directing your attention to what's been
18   previously marked Plaintiff's Exhibit 154, which is
19   Exhibit G from the return of record in the
20   administrative appeal.  The first page is entitled
21   "Number five, Business Zones and Uses."  There's a
22   stamp, "Received October 20, 2005, Planning and Zoning
23   Commission, Inland Wetlands Board."  Have you ever seen
24   that before?
25        A    This appears to be one of the sections that

Betty Brosius                                        August 21, 2007
                          Wilton, CT

                                                              Page 29

1                    CERTIFICATE OF REPORTER
2           I, Jessica Noble, a Notary Public duly
3    commissioned and qualified in and for the State of
4    Connecticut, do hereby certify that pursuant to Notice,
5    there came before me, on August 21, 2007 at 11:31 a.m.,
6    the following named person, to wit: Betty Brosius who
7    was by me duly sworn to testify to the truth and
8    nothing but the truth; that she was thereupon carefully
9    examined upon his oath and her examination reduced to
10   writing under my supervision; that this deposition is a
11   true record of the testimony given by the witness.
12          I further certify that I am neither attorney
13   nor counsel for, nor related to, nor employed by any of
14   the parties to the action in which this deposition is
15   taken and further, that I am not a relative or employee
16   of any attorney or counsel employed by the parties
17   hereto, or financially interested in the action.
18          IN WITNESS THEREOF, I have hereunto set my
19   hand and affixed my seal this 5th day of September,
20   2007.
21
22                              Jessica Noble
                                Notary Public
23                              CT License No. 402
24
25   My Commission expires:     September 30, 2011

                        Alderson Reporting
                         1-800-FOR-DEPO

8efe3b6e-73db-439b-a47c-6fc6d670a03e