## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUREKA V LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02-CV-00356 (DJS) |
| v. | ) |
| | ) |
| THE TOWN OF RIDGEFIELD, ET AL., | ) |
| | ) |
| Defendants. | ) January 28, 2008 |

## **MOTION TO WITHDRAW APPEARANCE**

In accordance with Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Michael P. Kaelin (ct01951), moves to withdraw his appearance in this action behalf of Plaintiff Eureka V LLC. ("Eureka"). In support of this motion the undersigned counsel represents that Attorney Matthew C. Mason of Gregory & Adams has filed an appearance on behalf of Eureka, and will continue to represent it in this action; and that a copy of this motion to withdraw has been sent to the client by certified mail.

-2-

    Therefore, the undersigned counsel respectfully requests that this motion be granted.

        THE PLAINTIFF,
        EUREKA V LLC
        BY CUMMINGS & LOCKWOOD LLC
        ITS ATTORNEYS


        By: /s/ Michael P. Kaelin_____
           Michael P. Kaelin (ct01951)
           Six Landmark Square
           Stamford, CT 06901
           Telephone: (203) 351-4106
           Facsimile: (203) 708-3805
           Email: mkaelin@cl-law.com

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2008 a copy of the foregoing Motion for Withdrawal of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additional copies were sent to a representative of the limited liability company client.

      /S/ Michael P. Kaelin_____
Michael P. Kaelin (ct01951)
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4106
Facsimile: (203) 708-3805
Email: mkaelin@cl-law.com

2404903_1.doc 1/28/2008